UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -v.-

22 cr. 446 (AMD)

MOHAMED HASSAN

         Defendant.

## EXHIBIT LIST

1. Donation Proofs
2. Mr. Afaf Nasher, CAIR New York, Support Letter
3. Ms. Bibi Esahack on behalf of the Bay Ridge Community Development Center, Inc. Support Letter
4. Mr. Mohamed Badawy Support Letter
5. Mr. Nagi Alsubai Support Letter
6. Mr. Maged Amin writing on behalf of New Egypt Group Inc. Support Letter
7. Mr. Ahmed Hussein Support Letter
8. Mr. Nazih Kurdi Support Letter
9. Mr. Atef Hussein Support Letter
10. Mr. Eeman Abuasi Support Letter
11. Mr. Akram Gamil Support Letter
12. Ms. Shifa Fozi Support Letter
13. Mr. Osama Al Saybi Support Letter
14. Mr. Alaa Hassan Support Letter
15. Mr. Karim Azzat Support Letter
16. Mr. Mram Shalabi Support Letter
17. Ms. Shorouk Hussein Support Letter
18. Mr. Saad Fozi Support Letter
19. Mr. Ayat Masoud, Esq. Support Letter
20. Mr. Mohammad Elshinawy Support Letter
21. Mr. Adam Fakir Support Letter
22. Mr. Shawkat Said Support Letter
23. Imam Support Letters
24. Mr. John Caportorto Support Letter
25. New York City Council Member Justin Brannan Support Letter
26. Ms. Hanan Hassan Support Letter
27. Mr. Mustafa Abdalreheem on behalf of the Muslim Community Center of Staten Island Support Letter
28. Ms. Donia Karam on behalf of Muslims Giving Back Support Letter
29. Ms. Walla Hassan Support Letter

Exhibit 1



**The Honorable Ann M. Donnelly**
Theodore Roosevelt US Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201
Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly:

My name is Abdallah Shaaban. I live in New York City where I work as an engineer. I am also the Imam of the Muslim Community Center (MCC) of Brooklyn and Staten Island, where I have had the privilege of experiencing the outstanding character and contributions of Mohamed Hassan. He has been a pillar of financial support for our community, its facilities, and its programs. In my 7 years with MCC, Mohamed Hassan has proactively sought opportunities to sponsor our work and sustain our charitable efforts, donating no less than $500,000 in that span.

As a testament to his exceptional character, Mohamed was always caring about the programs that care about the kids in order to keep them away from the streets and guide them towards a brighter future.

It deeply pains my heart to hear of his conviction, and I urge the court to act with leniency in his sentencing that honors his championing of good causes near and far.

Regards,

Imam Abdallah Shaaban

President
Muslim Community Center of NYC




Date: 12/08/2025

To Whom it may concern

Please be advised that, We Islamic Society of Bay Ridge Certify that:

DR. Mohamed Hassan donated approximately 450K (four hundred and fifty thousand dollars) in the last 10 years for our Masjed's operations, programs and activities.

If you have any questions regarding this matter, call us at 718-680-0121

Yours

Mohamed Elnashar

ISBR Treasury

 **Bay Ridge Community
Development Center Inc.**
*Community of the Middle Path*

December 8th, 2025

The Honorable Ann M. Donnelly
Theodore Roosevely United States Courthouse
Courtroom 4G North
Brooklyn, NY 11201

RE: United States v. Mohamed Hassan
Docket Number: 22 Cr. 464

Dear Judge Donnelly,

On behalf of the Bay Ridge Community Development Center, Inc. (BRCDC), I am writing this letter of support for Mohamed Hassan's righteous character. Mohamed Hassan has donated significantly to BRCDC and made a substantial contribution to its success. He has donated approximately $300,000 for its betterment and the health and well-being of his community. BRCDC hereby attests to the above facts regarding Mohamed Hassan's charitable contributions. These donations were made consistently and reflect his substantial ties and commitment to the Bay Ridge community.

The organization has benefited directly from this support, allowing us to sustain and develop vital programs and programs like our food pantry and youth programming. We can confirm that all contributions were received and used in accordance with our charitable mission, "To promote and provide the highest quality activities and services that will contribute to the physical, emotional, and social well-being of the community."

Mohamed Hassan is a valued and respected supporter of our work and the community. If you have any further questions, feel free to reach us at (347) 560-6700.

Sincerely,

Mohamed Elnashar
Board Member
Bay Ridge Community Development Center
(917) 434-6885 | isbr6807@gmail.com

 

6806 5th Avenue
Brooklyn, NY 11220
(347) 560-6700

9818 Fort Hamilton Parkway
Brooklyn, NY 11209
info@brcdc.org
www.brcdc.org



21 Passaic Ave
Pompton Lakes, NJ 07742

t: 862-666-9788
f: 862-666-9787
w: amcnj.org
e: imam@amcnj.org
e: director@amcnj.org

12/7/2025

**To Whom It May Concern,**

This letter is to confirm that in **2018**, **Dr. Mohamed Hassan** facilitated a generous

charitable donation to **Al Iman Center** in the amount of **$275,000.00**.

The donation was processed through **Nile Rx Pharmacy Inc.**, with Dr. Hassan

directing these funds to support the programs, services, and operational mission

of Al Iman Center. This significant contribution has had a lasting positive impact

on our organization and the community we serve.

We are deeply grateful for Dr. Mohamed Hassan's commitment and generosity,

and for the role Nile Rx Pharmacy Inc. played in supporting Al Iman Center's

mission.

Should you require any further verification or details regarding this donation,

please feel free to contact us.

Sincerely,

**Mohamed Ussman,**

**President**

Al Iman Center

Al-Iman Center Inc.
Brooklyn Islamic Center
2015th 84 Street, Brooklyn, NY 11204
Tel. (718) 331-2843
Fax. (718) 621-3324



**Al-Noor School**
675 4th Avenue, Brooklyn, NY 11232
Tel: 718.768.7181
Fax: 718.768.7088

www.alnoornyc.org
office@alnoornyc.org

*Excellent education positively shapes the future lives of all our beloved students.*

December 10, 2025

**The Honorable Ann M. Donnelly**
**Theodore Roosevelt United States Courthouse Courtroom 4G North**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re: United States v. Mohamed Hassan Docket Number 22 Cr. 464**

Dear Honorable Judge Donnelly,

My name is Maiyadah Kased, and I am writing on behalf of the Al Noor School PTA to share my sincere and wholehearted support for Mohamed Hassan. I have worked closely with Mohamed for the past three years, and he has been an active, devoted member of our PTA and school community for nearly seven years or more. His character, generosity, and commitment to serving others are unmatched, and his impact on our school has been nothing short of extraordinary.

Mohamed has consistently been the person our entire community turns to in times of need. Whether the school requires sponsorship, emergency support, or help organizing an event, he is always the first to step forward, never hesitating, never turning away a request. Even during moments when he may not be able to assist financially, he goes above and beyond by collaborating with local mosques, gathering community donations, and ensuring every project succeeds. His willingness to help has been unwavering and deeply appreciated.

Over the years, Mohamed has contributed to or fully sponsored numerous school initiatives. The following are estimated values of what he has helped our school accomplish:

- Installation of the cafeteria air conditioning unit (approx. $15,000)

- Arranging a full school inspection by bringing in a qualified inspector

- Major school backyard renovation (approx. $30,000)

- Sponsorship of annual school award ceremonies (approx. $10,000)

- Annual Ramadan Iftars for students and families (approx. $6,000 per year)

- Tuition assistance for families in need (approx. $20,000)

- Funding for Al Noor School merchandise (approx. $2,000)

- Assistance with daycare renovations

- Support for the Engineering Club (approx. $4,000)

- Founder and sponsor of the annual Graduation "Giving Back to the Community" Award, providing $1,000 each year to honor two students who demonstrate service, dedication, and leadership

- Sponsorship to School Eid Carnivals (approx. $2,000 to $3,000 per year)

- Sponsorship of School Fall Festivals (approx. $2,000 to $3,000 per year)

- Support for various extracurricular activities ($10,000)

- Coverage of additional school needs — trophy cases, sports equipment, classroom materials, senior activities, coach busses for school trips and more (approx. $20,000 and additional contributions throughout the years)

These contributions only represent part of what Mohamed has done. His true value lies not just in his generosity, but in his character. He is dependable, sincere, community-minded, and consistently motivated by the wellbeing of others. He has become a guiding figure for our students, someone they look up to, someone who inspires them to lead with kindness and integrity. And even with all of these contributions listed, I am certain he has donated far more than what appears on paper. Mohamed is the type of person who gives quietly — he donates with his right hand without letting his left hand know. His humility is one of his most admirable qualities, and he never seeks recognition or praise for the good he does. He simply believes in helping others.

Your Honor, I have seen firsthand the positive influence Mohamed Hassan has had on countless students, families, and community members. His dedication has strengthened our school, supported struggling families, and helped shape the next generation of young leaders. He is a person who brings people together, who lifts others up, and who gives without ever expecting anything in return.

It is with complete confidence and respect that I share this letter on his behalf.

Sincerely,

Maiyadah kased,
Al- Noor school PTA coordinator



# MAS Staten Island Center

180 Burgher Ave, Staten Island, New York 10304, USA

Date: 12/10/2025

**To Whom It May Concern,**

Assalamu Alaikum,

This letter is issued at the request of **Mr. Mohamed Hassan**, who has been a committed supporter of the MAS Staten Island Center for the past ten years. His generosity has helped sustain our community programs, services, and facility expansion.

Below is a verified record of his contributions:

| Donation Towards | Amount |
|---|---|
| MAS Staten Island Center | **$200,000** |
| **Total Contributions (Past 10 Years)** | **$200,000** |

Mr. Hassan has consistently demonstrated responsibility, generosity, and positive community involvement. His support has contributed significantly to the well-being of the families we serve.

The Muslim American Society of Staten Island, Inc. is a registered 501(c)(3) organization. No goods or services were provided in exchange for his donations. EIN: **93-3443674**.

For verification or questions, please contact us at **massi10304@gmail.com**.

Respectfully,

*Hamdy A.*

**Hamdy Akl**
Deputy Director
Fundraising Director
MAS Staten Island Center
180 Burgher Ave, Staten Island, NY, 10304



**Date:** December 8, 2025

**To Whom It May Concern:**

**Re: Letter of Attestation and Appreciation**

This letter serves to formally attest that Mr. Mohammed Hassan has donated in excess of $150,000.00 USD to our local house of worship, the Islamic Society of Allentown (ISA) - formerly known as IECPA, between the years 2022 and 2025.

Mr. Hassan's exemplary generosity has supported countless programs, adding immense value and joy to our community, its families, and specifically our youth. We are deeply appreciative of his continued support.

Please do not hesitate to reach out to our office for any further documentation or questions regarding this matter.

Sincerely,

Mohammed Sanhaji
Executive Director



233 Broadway, Suite 820
New York, New York 10279
www.cair-ny.org | (646) 665-7599

Council on American-Islamic Relations

December 11, 2025

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Mohamed Hassan**
      **Docket Number 22 Cr. 464**

Dear Judge Donnelly:

We write to request the Honorable Court's leniency in the sentencing of Dr. Mohamed Hassan. Dr. Hassan has shown considerable concern for the community through his charitable acts. It is our understanding that he has aided many nonprofits and community causes through such philanthropic contributions. After learning of our need to increase pro bono legal work, Dr. Hassan donated a total sum of $90,000 in installments, beginning in late 2023 through the present.

We hope the Court deems these acts as sincere efforts to aid others in need, and weighs them heavily in favor of Dr. Hassan.

Respectfully submitted,

Afaf Nasher
Executive Director

# Exhibit 2

November 28, 2025

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza
East Brooklyn, NY 11201


Re: United States v. Mohamed Hassan
    Docket Number 22 Cr. 464


Dear Judge Donnelly:

I recently learned that Dr. Mohamed Hassan was convicted of crimes related to the distribution of oxycodone. I have known Dr. Hassan for about a year and a half. In this time, I have seen nothing but honorable character. It is because of this character that I feel compelled to write this letter, despite the conviction, humbly requesting leniency in his sentencing.

Although I write this letter in my personal capacity, my interactions with Dr. Hassan came about due to my work as the Executive Director of a community-based nonprofit organization that assists people with hate crimes and discrimination. Dr. Hassan reached out to inquire about school safety measures after learning that some students were being harassed due to their faith and ethnicity as they entered and/or left the school building. The phone call evolved into a bigger conversation relating to the many manifestations of bigotry our community faces, and, more importantly, the work we all need to do to deter such bigotry. Dr. Hassan listened intently, and then took me by surprise when he asked, "What do we need to help fight this problem?" It was a simple question, but in the many years of doing this work, never have I seen someone so ready to help after a single phone conversation. I replied that we need legal assistance. Dr. Hassan probed further with a second direct question that surprised me yet again: "How much do you need to hire an attorney?"  The words practically stumbled from my mouth as I replied with an estimated salary for a starting attorney. Dr. Hassan offered to contribute the salary amount in installments over time.

What I learned from my first interaction with Dr. Hassan is that people who honestly care about creating positive change in the community still exist. Reflecting on this phone call, I saw someone who (1) took the initiative to obtain information on how to support a

local school's effort to protect their youth, (2) made it clear he would participate personally in bringing about better safety protocols for the students, (3) delved deeper into the broader underlying issues associated with the bias incidents, and (4) invested in creating a better tomorrow with a sizable contribution. He didn't hesitate to give of himself generously. There were no excuses made about his lack of time or resources the way many often proffer. Rather, he saw a problem and acted with his unwavering assistance.

Since my initial conversation with Dr. Hassan, we have hired an attorney that helps so many, fully pro bono, who have experienced hate and discrimination. It is his charitable contributions that make this work possible. I have also heard others speak highly of him, and learned that many have witnessed Dr. Hassan's devotion to his family and the community. The good he contributes is rare, highly impactful, worthy of merit, and critically needed.

I am certain Dr. Hassan's absence from the community will cripple the societal benefits he renders routinely for others. I believe he is someone who genuinely cares, through word and deed, about the tribulations of people known and unknown to him. It is for this reason that I beseech Your Honor to exhibit the same (and better) level of benevolence that Dr. Hassan has given to so many without hesitation.

Respectfully submitted,

Afaf Nasher

Exhibit 3



**Bay Ridge Community Development Center Inc.**
*Community of the Middle Path*

November 24, 2025

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Mohamed Hassan
Docket Number: 22 Cr. 464

Dear Judge Donnelly:

On behalf of the Bay Ridge Community Development Center, Inc. (BRCDC), I am writing this letter of support of good character for Mohamed Hassan. I have known Mohamed for over twenty years, both in the capacity of a student and as a law-abiding community member. From the inception of our community center, Mohamed and his family have been generous benefactors. But the relationship goes further. Mohamed volunteers at our food pantry, feeding thousands of New Yorkers monthly, as well as participating in our youth leadership program. The young men who frequent our center look at Mohamed as a role model and they go to him for advice, both academically and professionally. Mohamed has spoken on many occasions at our youth forums about a variety of issues that affect young people today. He has also come by just hanging out with them, listening to their problems, and even playing a game of basketball. Those moments spent with us at the community center make him an invaluable asset.

Mohamed's reputation among our community is above bar. Not only is he well liked, respected and revered, he is the epitome of thoughtfulness for the well-being of others. Whenever we need Mohamed, he has been there; no questions asked. His selfless volunteerism and philanthropy are unparalleled. Mohamed's success as a businessman has had a ripple effect on our community. He willingly gives back to the community to pay forward the love and support his community has always shown him.

Despite the hardships Mohamed has recently endured, he has been a pillar of support for his family as well as for the community. The entire Bay Ridge community stands in support of Mohamed and his family. If you need any further information about his character, please do not hesitate to reach out.

Best regards,

*Bibi Esahack*

Bibi Esahack
Executive Director

1

Exhibit 4

The Honorable Ann M. Donnelly

Theodore Roosevelt United States Courthouse

Courtroom 4G North

225 Cadman Plaza East

Brooklyn, NY 11201

Re: United States v. Mohamed Hassan Docket Number 22 Cr. 464


Dear Judge Donnelly:

My name is Mohammad Badawy. I am the religious director at the Muslim American Society Youth Center in South Brooklyn, where I was born and raised. I am a proud father of 2 beautiful little girls (with another one on the way!). I am a prominent member of the community, involved in a variety of efforts that aim to build and preserve our beautiful neighborhoods, and I enjoy personal and professional invitations from countless individuals and organizations. I am also recovering from drug addiction. I do no list these descriptions to praise myself or for the shock factor of the juxtaposition but simply because Mohamed Hassan has been one of the most crucial figures in each of these descriptions, influencing, guiding, coordinating and cooperating with me every step of the way for the last 25 years I have had the privilege of being his friend. He is a man of integrity, a philanthropist, and a force of good whose efforts, donations, and concern have driven develop and growth for me personally, all of South Brooklyn, and countless other places in NYC.

I have had the privilege of knowing Mohamed Hassan since 1999 when we were both colleagues at Al-Noor School entering 5th grade. We became fast friends and maintained this friendship through college. We rented rooms by each other for freshman year in NYIT in Long Island, away from all our family and friends. We spent every week savoring that Thursday night drive back to NYC together, hoping to escape the dullness that was anything but the city. We didn't last and eventually transferred out in sophomore year. It was around this time that I graduated from marijuana to opioid addiction. While most friends would downplay, ignore, or resign after little resistance, I will never forget Mohamed's persistence in following up with me, walking the freezing streets of Bay Ridge late at night to help me clear my head, trying to connect me with any resources he had to see the specialists I needed. It was a level of concern and determination to provide aid that surprised me but would be the hallmark of our relationship for many years. We were surrounded by colleagues who indulged in drug culture regularly – using and selling – and I know

Mohamed as the few who not only did not indulge but *never ceased voicing his opposition in principle*. This forceful determination is something we desperately need leading the youth efforts and combatting community vices as Mohamed has done over the years.

My journey was a rollercoaster of its own but it resulted in me (drug-free!) being the religious director of the rapidly growing community youth center where I once grew up. It is the first Muslim youth center in the country and the only in NYC. It serves hundreds of youth weekly with a variety of services that are often underfunded and underdeveloped. Mohamed has always been the top supporter of all our work. From his generous donations to actually providing help with logistics and organization on the ground. Whether it is the catering for an event or a widow with needy orphans, I always know I can call Mohamed for either an immediate donation or guidance on how to achieve the most efficient and satisfactory goal. This philanthropy extends to any and all other community centers all over NYC that Mohamed frequents. He has helped me set up and promote youth programs for spiritual enlightenment, career fairs for high school students, anti-bullying and anti-drug programs at our alma mater, and countless other endeavors. I shudder to think at the irreplaceable personal and community loss that his incarceration would incur.

Mohamed is a priceless community member, an cornerstone of several community centers, a force of determination that leads the charge of development and growth, a father of two very young children, Faris 7 and Emma 4, loved and respected by the many varying community members I have encountered, a perfectionist that always shoulders more for others, and a invaluable close friend who in all likelihood is a determining factor in why I am even still here and able to write this letter. A very select few individuals even know this much information about me or Mohamed. He has never shared it with others or even brought it up to me as far as I can remember. He is the kind of person who suffices with knowing he has succeeded, he has made a difference, he has helped others in need.

It is for these reasons and my personal knowledge and experience of his honesty, integrity, kindness, compassion, and understanding that I plead with your Honor for leniency in his sentencing, keeping him out of prison is not only a personal plea of mine but on behalf of he entire community of South Brooklyn and the countless individuals he continues to help, inspire, and lead.

**Mohammad Badawy**
Religious Director
MAS Youth Center Brooklyn



Exhibit 5

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly:

My name is Nagi Alsubai, and I live in Staten Island, New York. I currently work in the
nonprofit and community-wellness sector, supporting mental health access for Middle Eastern,
North African and South Asian youth and young adults. I have known Dr. Mohamed Hassan for
approximately four years, and I came to know him both through my family—whom he cares for
deeply—and through the charitable work I have been involved in. Over the years, I have
developed a close, respectful relationship with him, and I feel I know his character exceptionally
well.

From the moment I met Dr. Hassan, his generosity and compassion were unmistakable. During
the years I spent working with a humanitarian organization serving vulnerable families across the
Middle East and South Asia, Dr. Hassan consistently donated to help provide food, shelter, and
critical aid to men, women, and children affected by famine, war, poverty, and medical crises. He
never once asked for recognition. He gave because he genuinely cares about human
beings—even those he will never meet. His support helped thousands of people during some of
the most devastating chapters of their lives.

On a personal level, Dr. Hassan has profoundly shaped my own work in mental health advocacy.
When I first founded my nonprofit, Peer Minds, I was still in the earliest stages of building
community support. He believed in my mission so deeply that he connected me with other
passionate individuals—including a community leader named Abir Saleh—whose support has
now become central to our women's wellness mental health program. Without his introduction, I
truly would not have been able to reach the hundreds of young people across New York City who
now receive culturally tailored mental-health support through our programs. His impact on my
life and the lives of others has been real, tangible, and lasting.

I have also witnessed Dr. Hassan's kindness in moments that had nothing to do with
organizations or community work—only basic human decency. I have lived with Type 1 diabetes
for 28 years, and I have seen countless doctors and pharmacies throughout my life. None have
treated me with the care, empathy, and dignity that Dr. Hassan and his entire team have shown

me. After several surgeries and medical challenges, they went out of their way to make sure I was supported—not only with my medical needs but even with household essentials during a period when I was out of work and struggling. They treated me like family at a time when I needed it most. Through those interactions, I saw who Dr. Hassan truly is: a warm, generous, selfless human being whose instinct is always to help.

I know he is well-liked and respected throughout our community, especially by youth and students whom he mentors and encourages. He believes in investing in the next generation, helping them grow into caring, responsible, and steadfast leaders. His character is defined by service, humility, and sincere concern for others. I have never known him to be anything other than honest, supportive, and deeply rooted in giving back.

I also want to acknowledge, respectfully, the reality of his conviction. Even with that knowledge, my opinion of Dr. Hassan remains unchanged. He is a good man who has spent his life contributing to his family, his patients, and his community. I hope the Court will consider the entirety of his life, the countless people he has uplifted, and the heavy emotional, physical, and financial toll this situation has taken on him and those who love him. The repercussions of a felony conviction are severe and far-reaching, and I ask that Your Honor consider leniency in his sentencing.

Dr. Hassan is invaluable—not only to his family, but to many of us who have relied on his kindness, generosity, and unwavering compassion. I respectfully ask that Your Honor take these experiences into account when determining his sentence.

Thank you for your time and consideration.

Respectfully,
Nagi Alsubai

Exhibit 6

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number: 22 Cr. 464

Dear Judge Donnelly:

My name is **Maged Amin**, and I reside at **17 Angelica Ct, Matawan, NJ 07747**. I am the Vice President of **New Egypt Group Inc**, a 501(c)(3) nonprofit organization dedicated to humanitarian relief and community service. My cell phone number is **718-415-1618**. I have known **Dr. Mohamed Hassan** for many years through community charitable work and have had the privilege of witnessing his character, generosity, and compassion firsthand.

Throughout the years, Dr. Mohamed has been one of the strongest supporters of our nonprofit organization. Whenever we bring a case to his attention—whether it involves a family in crisis, a patient fighting cancer, or a person facing severe hardship—he responds immediately and without hesitation. His support is not symbolic; it is real, direct, and often lifesaving.

I have personally seen Dr. Mohamed help cancer patients with treatment costs, assist families who had nowhere else to turn, and provide emergency support in moments when time was critical. His kindness has restored hope to countless individuals who were suffering or at risk of losing everything. His actions have saved lives.

Every year during the holy month of Ramadan, Dr. Mohamed works tirelessly to ensure that thousands of families receive food, meals, and essential support. This is a massive humanitarian effort that reflects both his deep faith and his commitment to serving the community. He does this quietly, humbly, and from the heart—never seeking recognition or praise.

Our organization maintains records of Dr. Mohamed's ongoing charitable contributions over the years, and we would be more than happy to provide them upon request. They show a long history of compassion, generosity, and dedication to helping others.

We are aware of the difficult circumstances Dr. Mohamed is currently facing. However, my opinion of him has not changed. The Dr. Mohamed Hassan I know is a caring, honest, and selfless man who has devoted much of his life to helping people in need. I respectfully ask the Court to consider the totality of his life's work, the positive impact he has made on our community, and the emotional, physical, and financial toll this situation has placed on him.

I humbly ask Your Honor to grant him leniency in sentencing.

Thank you for your time and consideration.

_____
**Maged Amin**
Vice President, New Egypt Group Inc (501c3)
17 Angelica Ct
Matawan, NJ 07747
Cell: 718-415-1618

Exhibit 7

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly:

My name is Ahmed Hussein, and I write to you not only as a professional who has served this city and country, but as a man whose life has been deeply intertwined with Mohamed Hassan's for decades. I was born and raised in Brooklyn, New York, and have dedicated my adult life to service. I spent four years as a Police Officer with the NYPD, later transitioned to the FDNY where I currently serve as a firefighter, and I continue to proudly serve in the United States Army as a Staff Sergeant and Combat Engineer. My service has taken me from Somalia, where I was deployed for 13 months, to Puerto Rico during Hurricane Maria, and into the heart of humanitarian and crisis missions that tested every part of my character. I share this because I want you to understand the weight with which I write this letter. I don't lend my name, my integrity, or my voice lightly.

I have known Mohamed since childhood. We grew up in the same community, attended the same school, Al Noor School, and he was in the same grade as my older sister. Our families knew each other long before adulthood wove our lives even closer together. Today, Mohamed is my brother-in-law and the father of my niece and nephew, whom I love very deeply. Over the years, I have watched him grow from a young man filled with ambition and humility into a father, husband, and community leader whose influence touches countless lives. I do not speak of him from a distance — I speak as someone who has seen the fullness of who he is, day by day, year by year.

What pains me the most in this moment is that the man I know — the man my family knows — bears no resemblance to the person implied by the conviction he now faces. Mohamed has always been someone who acts with a sense of responsibility and a genuine desire to give more than he receives. Long before he was a successful businessman, when he had barely begun his career as a recent pharmacy graduate with little to his name, his first instinct was to give back to the school that raised him. He created an alumni program at Al Noor with the dream of helping the next generation discover their passions and their paths in life. He wanted students to see what was possible, to hear guidance from people in fields they aspired to join, and to understand that success is something that grows when shared. My sister and I joined him in that project, spending months planning events, speaking to students, and organizing opportunities for kids who often lacked access and direction. Mohamed never did it for recognition. He did it because he remembered what it meant to be young and uncertain, and he wanted to offer clarity and hope.

During that same time, I remember him coming to me privately and with tremendous respect to tell me he wanted to speak to my father about marrying my sister. In our culture, marriage is not something casual, and there is a great emphasis on respect, sincerity, and family involvement. Mohamed honored every part of that tradition. My family performed the traditional "vetting" process — asking people throughout the community about him, including friends, colleagues, elders, and acquaintances who might have observed him only briefly. Not one person — not a single one — had anything negative to say. Instead, there was an outpour of praise about his kindness, his helpfulness, his humility, and how he treated people with dignity and respect no matter who they were.

Throughout my military service, Mohamed has never failed to check on me. When I was deployed overseas, living in an outpost in the desert with limited access to basic necessities, he would call to ask if I needed anything. When I mentioned something as simple as protein bars for myself and my troops, he didn't just send a few; he sent boxes filled with every brand and flavor he could find. It may sound small, but in an environment where morale is fragile and comforts are scarce, gestures like that reach the heart in ways that linger for a lifetime. I saw firsthand how much it meant to my soldiers to be remembered by someone they didn't even know — simply because Mohamed cared.

One story that stands out to me happened in the Bay Ridge community. I train jiujitsu and Muay Thai at a gym called Glory, which has now grown into three successful locations. One day I mentioned my nephew Faris to the owner, and immediately he knew the name. He told me that Mohamed was the person who helped fund the gym when it was just an idea — long before it became a respected training center serving hundreds of people. That conversation reminded me of something important: how many people in this city are standing on their feet today because Mohamed helped them before they could stand on their own.

Judge Donnelly, I say with complete sincerity that Mohamed is one of the most reliable, generous, and community-driven individuals I have ever known. He is the type of man who quietly pays someone's tuition, who invests in young people's futures, who helps someone start a business, and who becomes a source of support for anyone who crosses his path. These are not stories he tells — these are stories that others tell about him. That, in my experience, is the truest measure of a person's character.

I am pleading with you, not just as his brother-in-law or as someone who loves his niece and nephew, but as someone who has spent over a decade in service to this country and who understands deeply the difference between someone who harms society and someone who strengthens it. My niece and nephew are only seven and five years old. These are the years when children need their father the most. They need his presence, his guidance, his warmth, and his stability. I have seen what the absence of a parent can do to a child, and the thought of them facing such formative years without him is heartbreaking.

I ask you, with respect and humility, to consider the totality of Mohamed's life, the hundreds of people who have been touched by his generosity, and the enormous weight this case has already placed on him and his family. I do not believe his conviction reflects the man he truly is. I do not believe it reflects the values he lives by. And I do not believe it should define the future of a father, a husband, a son, a brother, or a community leader whose presence changes lives.

I ask you to show leniency, to look at the whole of his character, and to recognize the profound ripple of good he has created in a community that needs men like him. He is a good man, Your Honor — one whose absence would be felt widely and deeply.

Thank you for your time, your consideration, and your willingness to hear my heartfelt plea on his behalf.

Respectfully,
Ahmed Hussein
Brooklyn, New York
FDNY Firefighter
United States Army, Staff Sergeant

Exhibit 8

**The Honorable Ann M. Donnelly**
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Mohamed Hassan*
*\*Docket Number 22 Cr. 464*

Dear Judge Donnelly,

My name is Nazih Kurdi, and I work as an accountant at Al-Noor School in Brooklyn. I have known Mohamed Hassan for many years through our community and through the work he does helping many families. I am writing to you because I know Mohamed very well, and I want to tell you the truth about the kind of person he is.

Mohamed is one of the most kind and caring people I have ever met. During COVID, when no pharmacy had the medicine for the virus, my brother and his whole family were sick. I called Mohamed for help. Even though his pharmacy is in Bay Ridge and my family lives in Bensonhurst, he got in his car and personally delivered the medicine to them. He also stayed to explain how to use everything. At a time when everyone was afraid, Mohamed helped people without thinking twice.

I also want to share something that happened recently. Two months ago, I had very bad sciatica pain. I live alone, and I could not walk or leave my house. I called Mohamed crying because I needed my medication. It was close to his pharmacy closing time, but he told me not to worry. He drove to my home, came upstairs, and gave me the medicine himself. The next day, he called to ask how I was feeling. I told him my doctor gave me injections, but I didn't know how to use them. Mohamed immediately arranged for one of his employees to come to my home to give me the injections. He helped me like a brother would.

At Al-Noor School, I have also seen Mohamed help families many times. Four years ago, a mother with three children was going through domestic violence. The father left, and she told us she would take the children out of the school because she couldn't afford tuition. We knew the children needed to stay in a safe place. I called Mohamed and asked if he could help. He agreed right away. He helped pay their tuition quietly, and he refused to let the family know it was him. One of the children has already graduated and went to college because of this help. The other two are now in high school and doing well.

Mohamed never turns away anyone who needs help. He is honest, respectful, generous, and always ready to support people in the community. He has a good heart. He is someone we can depend on, and in our community, people like him are rare.

Your Honor, I kindly ask you to show him leniency. I understand he has been convicted, but I know his true character. Taking him away from his family and community will hurt many people who depend on him. Mohamed is a young man who has done so much good, and we need him with us.

Thank you for your time and for considering my letter.

Respectfully,

Nazih K.

Nazih Kurdi
Accountant

Al-Noor School

Exhibit 9

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number: 22 Cr. 464

Dear Judge Donnelly,

My name is Atef Hussein. I am 68 years old and have lived in Brooklyn for more than thirty years. I am Mohamed Hassan's father-in-law, and I have known him for many years. Before he ever approached me about my daughter, I already knew of him from our school community at Al-Noor, where many families, including ours, were connected.

When Mohamed came to ask for my daughter's hand, I did what any father would do. I asked around. I spoke to friends, teachers, and even the imam at his mosque. I wanted to know what kind of man he was, and whether I could trust him with my daughter's future. Everyone told me the same thing: Mohamed was known as a respectful, reliable, and hardworking young man; someone people trusted. Not a single person had a bad word to say about him.

Soon after he approached me, I became very sick with severe stomach pain and had to go to the emergency room. Mohamed came right away. He stayed with me the entire night, even sleeping on the floor of the hospital room just to make sure I was not alone. Some might say a young man does this to impress a future father-in-law, but time showed me that this is simply who he truly is. Even when there is nothing to gain, he shows up for the people around him.

I remember another example that stayed with me. A teacher from Al-Noor, Miss Rihab, had a house fire, and her son was badly burned. Mohamed went to visit her and helped pay for her to stay at a hotel near the hospital so she could be close to her son during his treatment. He did this quietly, without telling anyone. It was an act of kindness I will never forget.

Over the years, Mohamed has become like a son to me. I am not a man who asks for much in life, but I have learned to judge a man by his actions, not his words, and Mohamed's actions have always shown a good heart. He is responsible, he works hard, and he never takes shortcuts. There were times he helped me with bills even when I didn't ask. He always did it in a way that showed respect.

I also see the way he is with his children. When Mohamed is with them, they run to him laughing. He listens to them, plays with them, and teaches them.

They feel safe with him. As a grandfather, it means a great deal to me to see the bond they share. I know how important a father's presence is in a child's life, and I know how much they depend on him.

Your Honor, I also see the weight my daughter carries through this difficult time. She is trying her best to stay strong for her children, but it is not easy. As a father, it hurts me to see her struggle with worry and uncertainty. Mohamed has always been her partner, her support, and her stability.

Your Honor, I ask you with respect to please consider Mohamed's long history of good character, his devotion to his family, and the many people he has helped over the years. He has always been there for others, including me, my daughter, and our community. His children need their father, and my daughter needs her husband.

Thank you for taking the time to read my letter.

Sincerely,

Atef Hussein

2344 81st street, Brooklyn NY 11214 –

917-335-4700

Exhibit 10

**The Honorable Ann M. Donnelly**
**Theodore Roosevelt United States Courthouse**
**Courtroom 4G North**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re: United States v. Mohamed Hassan**
**Docket Number 22 Cr. 464**

Dear Judge Donnelly:

My name is Eeman Abuasi. I have three daughters, teach AP Psychology, and am working toward a doctorate in clinical psychology. I first met Mohammad in high school and saw him occasionally in community settings over the years. But it was through volunteering as a parent and serving on the PTA with him for the past five years that I truly got to know him.

Mohamed always looks for the good in people. When I was frustrated about school logistics or conflicts, he would give others the benefit of the doubt. He usually accepted people's explanations and rarely questioned their motives. Sometimes his optimism seemed almost naïve to me, but it helped us work well together. He never spoke badly about anyone or joined in gossip, and he avoided judging others. Instead, he would ask, "How can we support? What can we do to help?" rather than criticize.

To me, his humility stands out most. Even though he did a lot for the school, he never wanted recognition or titles. He did not want to be PTA president or be in the spotlight. He preferred to help quietly and avoided attention. A few years ago, I mentioned that our school needed a special education IESP coordinator. Students needed evaluations and families needed help, but we did not have the right support. He did not know what an IESP coordinator was at first, but he saw the need and got involved. He worked with the board and school leaders until someone was hired. After COVID, when many students struggled with anxiety, we talked about starting a mental health awareness campaign. Mohammad quickly reached out to alumni and set up a mentorship group for students. He also walked through the school regularly, asking students how they wanted to be supported.

If he said he would handle something, I knew I could trust him to do it carefully and fairly, without any drama. I have never seen him act out of anger or ego, only out of a sense of responsibility. He often steps in to do tasks that others overlook. If something was left undone, he would take care of it. I sometimes wondered if he was taking on too much, since he already had a lot to manage. He would just say it needed to be done. I worried this might affect other parts of his life, but he never let anyone down or showed if he was struggling.

Some people might say he is simply passionate about helping his community, whether that comes from his character or something personal. The clearest example to me was how he handled a safety concern about the bike lane in front of the school. Some parents wanted the city to move the bike lane away from the sidewalk to make drop-off easier. Mohammad pointed out that many cyclists were also parents with their children, and moving the lane could put them at

risk. Instead of just supporting what was easier for us, he worked with community patrol to set up safe loading and unloading procedures, protecting both students and cyclists.

On a personal level, he showed the same reliability and care to my family during a difficult time. When my daughter was ill and hospitalized, Mohammad and his wife called often to check on us. They insisted on bringing food and helping with my other children. He never imposed, asked for private details, or crossed any boundaries. Instead, he would simply ask how they could help. His support was quiet and respectful.

Mohamed is a devoted family man. I see him every morning dropping off his children at school. His daughter's classroom is next to my daughter's, and I often notice how patient and attentive he is with her, making sure she is settled before he leaves. He treats staff and teachers kindly. Last June, at his daughter's Pre-K ceremony, I saw him hold back tears as she walked on stage. It was the first time I saw him show emotion like that. His daughter's face lit up when she saw her parents in the audience. I have also seen him in the cafeteria, sitting with his children at breakfast, talking with them during those calm moments that many parents rush through. In the afternoons, his children run to him at pickup, eager to share their stories. I often watched from a distance, careful not to intrude. Sometimes I felt embarrassed, as if I was witnessing private moments, so I just gave a nod. Maybe I notice these moments because they are rare. What I saw was a father who is deeply connected to his children, making them feel safe and valued.

I know Mohamed is facing serious consequences, and I do not minimize the gravity of the situation before the court. Still, I wanted to share what I have seen of his character over the years - his compassion and his commitment to doing what is right, even when it is hard. Even when we disagreed, it was because he truly believed in seeing the good in people. That is who he is. No matter the outcome, I ask you to consider the emotional and psychological impact this process has had on him, his wife, and their two children. In all the years I have known him, I have seen fairness and integrity, and I trust him completely, as do many others. I believe Mohamed can learn from this and continue to contribute positively to his community. I respectfully ask the court to consider the full measure of his character as you make your decision.

Thank you for your time and consideration.


Respectfully,

*Eeman Abuasi*

Eeman Abuasi
Email: e.abuasi89@gmail.com
Phone: 718-790-0569

Exhibit 11

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201
Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly:

   My Name is Akram Gamil . I live in Brooklyn, NY . I am a Fireman Engineer for the
Department of Education and a building manager for Alnoor School. I have known Mohamed
Hassan since he was in Elementary School. I watched him grew up and graduate from High
School. He is a true and dear friend of mine. Our relationship has grown into a respectful and
caring friendship.

   Mohamed is such an honest and generous person. I will never forget the impact he had
on  both my daughter and sons life. He was their role model .  Mohamed would stop by his old
school and speak with the students . He contributed a lot of his time mentoring other students.
In 2022 my daughter Nadia was in her last year of high school. Although, she tried her best
volunteering after school she  had low self esteem and zero confidence . She didn't even want
to attend her own graduation . Mohamed noticed her efforts and made sure to recognize her on
her High School Graduation.
He started a Student Giving Back Award for two of the graduates, which included an award and
a contribution of $500 towards each students tuition. When my daughter heard her name
announced  by Mohamed while he was standing at the podium for the "Students Giving Back
Award" she was stunned. She became very emotional to know that her efforts were noticed.
Believe me when I say, my daughter watches that recording over and over again because it
brings her joy. Mohamed helped build up her confidence and self esteem. She is currently in her
fourth year of college . My son is studying Pharmacy and is in his third year in college. I can't
express  enough how much Mohamed has touched and motivated several lives. He is well
known in the community, highly respected and loved by all!

   I understand Mohamed is being convicted . This has not changed how my family and I feel
about him nor has it affected our relationship with him. I have noticed how it has affected
Mohamed. He isn't that same enthusiastic person who always stops to say hi or gives a hug.
Therefore Your Honor my family and I would really appreciate being more lenient with his
sentence . I'm not just speaking for us, I am speaking for the entire community. We genuinely
appreciate you taking the time to read this. We are hoping for the best outcome! Thank you
Judge Donnelly!

Sincerely,
Akram Gamil

Exhibit 12

Dear Judge Donnelly,

My name is Shifa Fozi, I reside in Brooklyn and I am a fellow pharmacist. I have known Mohamed since I was a kid, he has been in my life as an older brother figure for as long as I can remember. Mohamed has been my brother's best friend since childhood and now after almost 20 years of friendship he has helped guide me and shape me in my field of pharmacy.

To understand our relationship is to go back to the beginning when he and my brother first became best friends and Mohamed became a constant in our household whether it was coming over for my mom to make him his favorite meal or sleeping over because they stayed up too late playing video games. My most significant memories of Mohamed growing up are when my father passed away almost 15 years ago and he took the loss as if it were his own. Although it feels like half a lifetime has passed since those days, Mohamed has been a consistent figure in my life. When I was in high school and deciding on a career choice he had come to my high school on multiple occasions to encourage every student to pursue pharmacy. At the time I was contemplating it but nothing is set in stone when you are 16 years old. 2 years and multiple pep talks later I found myself applying to every pharmacy school in the state. My own older brother was in pharmacy school abroad and Mohamed had many old classmates who also were pursuing the field help me and guide me into the school of my choice.

When I think of Mohamed I think of him as someone genuine and kind, someone who gives others multiple chances and is a figure of our community. Finally when I graduated in 2020 amidst the madness of lockdown I always imagined I would get a normal job as a pharmacist at any pharmacy and settle into the mundane lifestyle. But no, Mohamed saw a potential in me that I never saw in myself. He asked me why not own my business? I said because I don't know the first thing about running a pharmacy even though my own family has been in the business for many years. Yet there was a fresh graduate at 23 years old finding myself toying with the idea of one day owning my own pharmacy to run. Mohamed took me under his wing when I was contemplating which pharmacy to buy and where to buy it. I landed on my own business in 2021 right in the heart of Bayridge. Mohamed never saw my store as competition, he thought it was the perfect fit for me even if I didn't see the vision yet myself.

Building Neugard was one of the hardest, most rewarding things I have ever done and now almost 5 years later I am flourishing. I have called Mohamed in tears telling him I made a mistake, I can't run a business or manage a staff. Every call ended with him asking how he could support me, what applications and paper work I find daunting, and so on. If it weren't for him constantly telling me to see my vision through, I would have given up 6 months in. Now, 5 years later my pharmacy has gone from barely any prescriptions to a real thriving pharmacy and business. I stuck it out because of Mohamed. I have my own family in the same field but with Mohamed, he never let me give up. Some days deep down I knew his tough encouragement was what I needed and I chose to go to him for help over my own brothers at times.

I give all of these details because everything I have said gives a small insight into Mohamed's character. He guided me as if I were his own sister, he wanted to see me thrive in everything I did from the beginning. I have never met a single person who has gone to him for help and was turned away. The amount of applications he has encouraged our fellow pharmacists to look over because he wants to give

every single person a chance at earning a living. He has helped so many community members find jobs for their kids, their cousins, people moving here for the first time and barely speaking a lick of english. Most people like him, people who have spent years and countless hours building their business, would be so picky about who they help but not with Mohamed. I remember when I first started working I would see messages from him at 4:30 am about ideas for my store or something he thought I could work on. I used to think to myself, wow does this man sleep? He built his entire empire by true hard work and dedication and no one can deny that. The best part is that he was always willing to help anyone that asked. Whether the local mosque was asking for donations, or an organization was sponsoring orphans during hard times Mohamed was the first person to give back and then rally everyone we know to give back as well. Every single year his pharmacy has given away book bags and school supplies to the children in the neighborhood. Those parents will never forget that when it came time to send their kids to school they didn't need to worry about how to afford to send them off. There were times when I wasn't making any profit and barely paying myself my salary and I would opt out of contributing a donation. Mohamed would always reach out to me separately and tell me that any amount is better than nothing, and one day my business will make back anything I ever donate. My opinion of him has not changed despite his recent conviction simply because his actions amongst his peers have not changed either. I have always known him to be honest and thoughtful. He has not stopped helping the community, he has not stopped going to Friday prayers, he has not stopped advising me on how to build my pharmacy further. When I first rebuilt Neugard, any advice he would give me he would ask me "Do you know where I learned that? From your dad." Moments like that reminded me that when others were playing around in high school, Mohamed was already thinking about how to give his best shot at his future. I still remember 2 years ago he called me one day and asked me if I would be okay with him owning a pharmacy a few blocks away from my own on 3rd avenue, I said no. He never brought it up again, he said "Shifa all you had to tell me was no and I won't". He stood by his word, he never tried to convince me or go behind my back. He has always respected me as a business owner and that is a feeling I will never forget.

Your honor, I cannot pretend to know the ins and outs of this case nor can I ignore that Mohamed has been convicted. I only write to you as a person who has known him her whole life both personally and professionally and ask for leniency in his sentencing based on what I do know about him. He is a beloved father, husband, best friend and sibling. I know this because I have seen him in all avenues of life, maybe others are writing to you and only know him in one aspect and only see one side. I have seen Mohamed grow up from middle school with dreams of building something for himself despite lack of support from those around him. He dedicated the better part of his life building his businesses and guiding others on how to build theirs. The community would feel his lack of contribution as will his peers. No one can deny that he was convicted and nor should they, but I ask you to look at him as a whole and all of his actions in every aspect of his life.

Thank you for taking the time to read my statement. I hope I have been able to convey even a small portion of the impact Mohamed has had on my life and on the lives of so many others.

Sincerely,
Shifa Fozi

Exhibit 13

**Re:    United States v. Mohamed Hassan**

**Docket Number 22 Cr. 464**


**Dear Judge Donnelly:**


My name is Osama Al Sahybi and I live in Staten Island, NY. I am a twenty-eight year old soccer player, soccer coach and physical education teacher. I came to the United States of America with a dream to pursue playing soccer without being judged. I've played for different divisions while in college and after that, but had to let go of my dream to pursue professional soccer due to multiple injuries. My family and friends encouraged me to pursue soccer by any means possible, specifically through coaching and it has been the most rewarding experience of my life. I am a coach for OneDream and am also the physical education teacher at Al-Noor School where his kids attend, though I teach the upper grades.

I started OneDream with a handful of kids from the school I work in including my young nephew. A handful of solid families looking for an extracurricular activity for their kids to participate in without being judged joined OneDream as my dream came to fruition. One of these families is that of Mohamed Hassan. I got to know him on the field as his kids came to practice, weekends, afterschool, throughout summer break. He was always there. Always supporting them and bringing smiles to their faces. His kids were the youngest members of OneDream, but they nonetheless attended, practiced and developed skills and most importantly courage. Where there were once timid smiles, there are now wide smiles as they ran to hug or high five me.

He gave me advice about pursuing coaching fully and then when opening a small business for soccer gear, he was one of the first to attend our modest grand opening. He showed me support and lead by example. I look up to him and his courage and perseverance. I respect the way he handles himself and makes himself available to help in any way possible. He generously brought drinks, snacks or water to our OneDream practice sessions and participated in the exercises alongside his kids. When he wasn't practicing with them, he was always close by, on the sidelines cheering and ready to receive his kids for hugs and high fives!

Despite the overwhelming heaviness of the events in his life this past year, Mohamed has remained a positive person. He continues to hold his daughter's hand and come down to her eye level when he speaks to her. He continues to shout encouraging phrases to his son from the sidelines. I can see heaviness in his eyes, but his demeanor is always pleasant, always welcoming. He never allows the amount of stress he carries affect his presence when it comes to his children.

Mohamed is one of those people that jump in and offer solutions to real day to day problems as they occur. There was a time our twelfth grade students at the school I work in didn't have enough chaperones for their senior trip and he offered to attend. He helped me keep track of them and made sure they were safe until we returned that evening.

Mohamed is a kind and generous person I am proud to call my friend. He is reliable and trustworthy and a family man. I hope that when I have a family of my own, I am able to conduct myself as he does.

Honorable Judge Donnelly, I ask you to view Mohamed Hassan as I do. He is a friend, a husband, a loving and caring father (who loves soccer) and an active participant in our community. I am requesting you to consider leniency in his case so he can continue to be there for his children and loved ones, so he can continue to cheer them on from the sidelines. Fathers in our culture rarely play hands-on roles in the lives of their children aside from being the breadwinners, so when I met him and saw firsthand a different type of parenting, I pledged a silent pledge to be like that one day. He may only be a few years older than me, but I can definitely say I've learning a lot from him. People can be busy and still choose to show up, and that in my opinion is the greatest gift anyone can give- time and attention.

I ask you Honorable Judge Donnelly to consider the future lives of not only Mohamed, but his wife and children and everyone he has supported and influenced positively. Mohamed is a hardworking and respectful person who is always ready to help.

I respectfully ask you to show compassion to Mohamed Hassan so we can continue to have him our lives and so he can remain in the lives of his friends and family, especially his young children.


Sincerely,

Osama Al Sahybi

OneDream Soccer Coach

Physical Education Teacher/ Al-Noor School

Exhibit 14

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly,

My name is Alaa Hassan. I live at 469 81st Street, Brooklyn, New York.
I am a physical therapist. I do home visits for 30 years here in New York.
I came to this country with my wife Hanan and our kids Mohamed, Mostafa, Yasser, and
Sarah.

I am not so good in English Judge, I speak with a heavy accent, but I want to talk from
my heart.

I raised my kids to be good people, to respect our culture, our religion, and this country.
Out of all my kids, Mohamed was always the one who helped people all the time. Since
college he was going to events, helping people, giving advice. I always told him,
Mohamed please focus on your life, focus on your study, but he always wanted to do
more for everyone.

I used to tell him to not trust people too much. He fought with me many times and told
me that I want him to be scared of the world. Mohamed's heart is very soft. Many
people do not understand this kindness.

When he was young, he had so many chances to do bad things like smoking or drinking
or going with girls. Mohamed never did any of that. I used to tell his mom to smell his
clothes when he came home to see if he smoked. But thank God, never one time. He
went to the gym, played basketball, worked, and ate food with his friends.

When Mohamed was 23 years old, he came to me and said he wants to get married. I
told him this time is for study not to build a family. But he said he wants to live a clean
life with a good girl and not do anything wrong. We fought about this, but later I knew he
was right.

When he got married and became a pharmacist, I saw how he always tried to bring the
whole family together. He made sure his kids know their grandparents and family on
both sides. When he had money, he made our life better. He is the one who got the
house his mom and I live in now. Every time he went out with his wife and kids he called
us to come with him so we do not stay home alone.

About 7 years ago, my youngest son Yasser was very depressed. He did nothing in my house. Mohamed right away told him to pack his stuff and come live with him. I got very upset. I told Mohamed he has his own family and should not take care of his brother. He said he will take care of him like his son.

Mohamed taught him how to drive. He gave him a job. He took him to the gym. Yasser lived with Mohamed for 5 years. Then Yasser fell into substance abuse and gaming addiction. Mohamed and his wife took him to therapy, to psychiatrist, to psychologist. Many days Yasser left the house for days and we did not know where he was. Mohamed went out, called everyone, drove everywhere, and brought him home safe.

One day Mohamed took him to rehab. After that Yasser got better. He went back to work. He got married. Today he goes to the gym, he works, and he supports his home. All of this because of Mohamed. I always say I raised a real man.

Everybody goes to Mohamed for help. Even when he is so busy he helps anyone. He never lets people down. When he walks in my house he takes my hand and his mom's hand and kisses it. My other kids do not do that. Mohamed is humble. Mohamed is gentle.

After work I used to go to the Arabic cafe to drink coffee. But after Mohamed opened his pharmacy, every time I go someone wants to talk to me about Mohamed. They tell me how he helped them or how good his pharmacy is. I always tell Mohamed not to do too much for people. But he wants to give everything he has.

As he grew older and had more business partners, I told him people are not always good. He told me he had everything under control. He got so busy he forgot to take care of himself. I always told him his mistake is being too trusting and taking too much responsibility.

Until now Mohamed wakes up at 5 am. He reads. He prays. He takes his kids to school. He goes to their activities. He runs after his kids in my house and hugs them so much. I was not like that with my kids. Mohamed always tells me he takes the good from me and makes it better. The way he is with his family, I never saw a father like this. His kids love him so much they run to him when they see him. In the car he plays their songs and they sing. Even when he has a migraine he says it is not their fault.

Judge, if my son was a criminal he would not come to Bay Ridge where everyone knows him. He would hide. Not come to the place that raised him.

Judge, I am very sick. I have heart problems. I have sciatica. I have very bad back problems. I cannot survive without Mohamed. When my back hurts Mohamed gives me a bath. He cuts my nails because my hands shake. After my surgery two years ago he took me to the bathroom. If he is taken away from us, I will not make it. My wife will fall into depression. His beautiful happy children will not be the same again.

My son watches funny movies so his family thinks he is okay. He comes to my house every few days to check on me even with all this happening. When his brothers and sister come, he lifts everyone up. He gives advice. He never cries about himself. He only cares for others.

Please Judge, I beg you, have mercy on my family and on my son. My son is innocent. I taught my son to be a man. If he made a mistake he would say it. But he did not. He takes blame because of how things are. I am angry I came to America. I had a good job in Egypt. People told me come to New York for better life. But now I have the worst life watching my son suffer.

Please Judge Donnelly, please have mercy. Please give him leniency. Please do not take my son away.

Thank you for reading my letter.

Respectfully,
Alaa Hassan   *Alaa Hassan*
Father of Mohamed Hassan

Exhibit 15



**Islamic Center
of Staten Island**



The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

My name is Karim Azzat. I live in Staten Island, New York, where I serve as the founder, religious director, and imam at the Islamic Center of Staten Island. I have known Mohamed Hassan for many years as part of our community.Through the years of I consider Mohamed a good friend and someone I seek guidance and support from.

Mohamed is a person who consistently demonstrates honesty, generosity, and sincere care for others. He has repeatedly stepped forward to support our center in moments of difficulty. He not only believes in our mission but has actively encouraged others—family, friends, and community members—to support us as well, always giving thoughtful advice on how we can grow, remain stable, and better serve the families who depend on us. One example is advising on how to start a membership program where community members support us monthly.

One of my earliest experiences with Mohamed was when he learned I was going for Hajj—a sacred Islamic pilgrimage to Mecca—and leading a group of 100 people. Without being asked, he donated hygiene kits for the entire group, each packed with essentials to help us feel prepared. It was a thoughtful and selfless gesture that truly reflected his care for others.

Another example that speaks to his character occurred when my wife traveled to Brooklyn to pick up her medication from the pharmacy. Mohamed did not know she was seven months pregnant at the time. When she arrived, he immediately offered her water and a snack, concerned for her comfort. After she left, he reached out to me personally—upset that she had made the trip at all. He told me clearly that had he known she was the one coming, he would have driven to Staten Island himself to deliver the medication. That moment revealed his natural instinct to protect others from hardship and inconvenience, even when it requires additional effort on his part.

I have also witnessed his compassion in his professional life. I once saw him assure a customer at his Brooklyn pharmacy that he would deliver their medication all the way to Staten Island at no cost. This was not unusual—Mohamed is known for bringing medication directly to customers' doors, refusing to charge fees, and always prioritizing their comfort and needs. These are not performative gestures; they reflect who he truly is.

Mohamed's generosity doesn't stop there. This past summer, Mohamed has facilitated a back to school event at our school where he gave away more than 100 backpacks filled with school supplies for our students before the school year starts.

Mohamed's involvement in our community extends to his family as well. His nephew is now part of our Biddy Basketball team, and his brother—Mohamed's sibling—is one of our assistant coaches. Mohamed has expressed how meaningful it is for him to witness their growth, to attend the basketball games where his nephew plays, and to be present in a school and community environment that he himself has helped build and support over the years. There is so much growth still ahead for this family and for our center, and it would be deeply saddening for all of us, and for them, if Mohamed were not able to be present for these important moments.

Mohamed is a respected, well-liked, and deeply valued member of our community. His material, emotional, and spiritual contributions have supported countless families and strengthened our institution as a whole. In light of recent events, his public reputation is at risk, and we believe this moment should not define him—especially given his remorse and the time he and his family will need to heal and recover.

I fully recognize that Mohamed has been convicted of a crime. However, my opinion of him—formed through years of firsthand experience—has not changed. I respectfully ask Your Honor to consider leniency in sentencing.

I ask the Court to take into account the entirety of Mohamed's life, his longstanding commitment to helping others, and the countless ways he has strengthened our community. The mental, financial, and emotional burden of this process has already been significant for him and his family. I also ask the Court to consider the collateral consequences of a felony conviction, including limitations on civil rights, the inability to possess firearms, restrictions on public opportunities, and the lasting impact on his future.

There is much promise ahead for Mohamed, his family, and the community he has helped build. Allowing him the opportunity to remain present—to watch his nephew grow, to support his brother's coaching, and to continue contributing to our center—would have an immeasurable positive impact on all of us.

Thank you, Your Honor, for taking the time to consider my perspective.

Respectfully,
**Karim Azzat**

Founder & Religious Director
Islamic Center of Staten Island
Staten Island, NY

Exhibit 16

**The Honorable Ann M. Donnelly**
**Theodore Roosevelt United States Courthouse Courtroom 4G North**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re: United States v. Mohamed Hassan Docket Number 22 Cr. 464**

**Dear Judge Donnelly:**

My name is Mram Shalabi. I live in Staten Island and I am an Engineer-Business graduate. I have known Mohamed my whole life due to our fathers being friends since their teenage years. He is not someone I see on a daily basis anymore, but when I do I am reminded why he is loved and respected deeply by my family and I.

I can talk for hours about little moments that combined will strongly explain how Mohamed is as a person. But here is one that I hold closest to my heart; a few years ago my father suffered a heart attack from a heart condition we were unaware of. That was the first life altering moment that struck our family. A week later my father was discharged and needed to start his medication but was unable to obtain them. One of the workers present at the pharmacy lacked urgency and insisted for my father to start his medication the next day. The news got to Mohamed, who was not in New York at the time, and within 30 minutes a Hylan Care delivery driver delivered the medication to my father. There are many words that describe Mohamed, but this scenario shows one- support. When he opened his pharmacy in Bay Ridge, he was the first pharmacy in the neighborhood to offer delivery. It wasn't until my father's incident where I understood why he offered delivery to begin with; to support the elders and the unstable in our community. He gave us a sense of comfort and convenience. It is easy for me to finish a doctor's appointment and pass by the pharmacy and pick up my medication, but not many individuals have it easy the way I do. It can be a burden for an elderly to do it all in one day, and they may possibly even delay picking up their medication due to the pain and the fatigue they are in from the doctor's. This was his way of taking care of us. By ensuring that you can go home to take care of yourself and he will bring your dire necessities to you. He reshaped the community and showed them that it is okay to be vulnerable and ask for help. It became easy for our elders and our loved ones to pick up their phone to call Nile Ridge Pharmacy and ask "Can I get my medication delivered?" and without hesitation the answer was always "Yes." Delivering medications is not the only way he shows up for his community. There were a few Ramadans where he gave out a free box of dates to all his patients - this was not a marketing tactic as it was never advertised in any way shape or form. This was done purely out of the goodness of his heart and love he has for his Muslim brothers and sisters as dates are very important when it comes to breaking one's fast. It is not common to see one care so deeply for others that aren't his direct family. I have had friends that worked in his pharmacies and express how grateful they are that their boss will buy them food after a long day of work at least once or twice a week. As someone who has been employed by a

major company, I was always envious that we were never shown the same love and respect Mohamed has shown his employees and his community - his people. I truly do think of him as the backbone of the Bay Ridge and Staten Island Muslims as so many people rely on him for reasons beyond pharmaceutical needs.

I have the privilege to say he is someone I grew up with. He is the oldest child of our family friends and as a result he was always the one left in charge. He never made my siblings and I feel any less important or a burden on his 15 year old self. Even as kids, he never yelled at us. He never left us out of games or inside jokes. When we would be over at their house and the boys would want the room to play with their video games, and the us girls wanted the room so we could lay down and talk and play with our girly toys. We would always butt heads. But Mohamed was always the peacemaker and the problem solver. He never allowed us to separate when we were together. If we were over their house, we would sit in the same room and we would play the same game together. If we went out, we went in the same car, we went the same route, we sat at the same table. Together. Because being together, making memories with each other, and being present for one another is what mattered most to him.

With that being said, despite the ongoing trial, my opinion on him will never change. I will always respect the man that cared for my father's emergency when another worker would not. I hope you were able to see a glimpse of what I saw - and continue to see - from Mohamed. I would like to ask for sentencing leniency. Yes for Mohamed's sake, as I believe a mistake should not define one's life, but also for his two kids. His two beautiful children deserve to grow up with the same Mohamed I have had the honor of knowing. They deserve to see how kind and how generous their father is and how well respected he is in our neighborhoods. They deserve to learn how to love and spread kindness the way their father does. They deserve to wake up and have the same sense of comfort Mohamed has shown us time and time again. They deserve to have their family together the way Mohamed taught us when we were kids. And more importantly, they deserve to not suffer the consequences of his actions. I am pleading for you to take every side of Mohamed and every person in his life into consideration when making your decision.


Thank you,
Mram Shalabi

Exhibit 17

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly,

My name is Shorouk Hussein, and I am Mohamed Hassan's wife and the mother of our two
children, Faris who is seven years old and Emma who is five. I am writing to you today not only
as a wife but as a mother, as a human being, and as someone who has seen the fairness and
humanity you bring into your courtroom. I once heard someone say that if you want to know
who a man truly is, ask his wife, because he cannot hide from her. With full honesty and from the
deepest part of my heart, I want to tell you who Mohamed really is.

I met Mohamed in 2013 during our high school reunion. Mohamed and others had organized an
alumni group to mentor high school students and guide them toward career opportunities. That
was the first time I saw his heart. He was young, hopeful, and driven by a genuine desire to help
others. As we continued working together, we eventually fell in love. We married when he
graduated from college, and we have now been married for nine and a half years.

Throughout these years, Mohamed has been loyal, loving, generous, and endlessly supportive.
When his friends face difficulties in their marriages, they turn to him for guidance. When new
fathers feel overwhelmed or worry about becoming better parents, they go to him for advice.
People trust him easily because his presence brings calm and dignity into every setting.

As a husband, Mohamed brought a joy into my life that I never knew was possible. He protected
me, lifted me up, and treated my family with the same love he treats his own. In 2018, one of my
brothers had a life-threatening accident and was hospitalized for months. Mohamed dropped
everything the moment he heard. Every single day he stayed by my parents' side. He brought
them food, listened to them, comforted them, and made sure they never felt alone. He visited my
brother constantly, with or without me. He was the strength that carried my family through a
nightmare.

When our children were born, I saw another side of Mohamed that made me fall in love with him
all over again. He became the most attentive and tender father I have ever seen. He hugs them
tightly, worries for them, and celebrates every small milestone. Emma calls him her king. Faris
refuses to go to soccer practice unless his father is with him. Their entire world revolves around
him.

But Mohamed is not a parent who spoils his children. He raises them on principles, discipline,
and responsibility. He teaches them that kindness and hard work matter more than anything. Last
year, when our son broke a light at school while playing soccer, even though he was only six

years old, Mohamed made him pay for it from his own allowance. When our daughter was being unkind to another girl who wanted to sit next to her, Mohamed noticed it while feeding her breakfast. Later that day, he gently told her that she needed to fix her behavior. He sat with her as she made a card, then took her to the store to pick out a small gift and a gift bag. The next day, the other girl's mother contacted me shocked and grateful. This is who Mohamed is. He teaches our children to apologize, to take responsibility, to make things right.

Mohamed also does not allow our children to get rewards or treats unless they earn them. They must read books, help with chores, or try their best on tests before they get privileges. He has been teaching them integrity from the moment they could talk. When people meet our children, they immediately notice their confidence, maturity, and leadership. They are little role models in school because of the values their father instilled in them.

One week after the guilty verdict, when most people would be too shattered to function, Mohamed put aside his pain to celebrate Faris's seventh birthday at the indoor playground because that is what his son wanted. He played, laughed, cut the cake, and carried his heartbreak quietly inside. Until today, our children have no idea what is happening. Mohamed and I cry privately but stay strong in front of them so they feel safe.

At Al-Noor School, people respected Mohamed deeply. Families, students, and staff spoke highly of him. As a pharmacist, his compassion impacted countless people. One day in the park, a woman approached me to tell me that her daughter, a severely autistic teenager, fell and injured herself badly. The doctor's office told her to wait in a long line. Desperate and panicking, she ran to Mohamed's pharmacy. As soon as he heard the girl crying, he ran to the front, knelt down, calmed her, cleaned her wounds, and even gave her candy and lip gloss to make her smile. The mother cried while telling me this story. Encounters like this follow him everywhere.

With his own parents, Mohamed is equally devoted. He takes his father to every doctor appointment, every MRI, every treatment, even though he has three siblings. He takes his mother out for coffee just to check on her heart and make her feel loved. He still tries to lift me up, too. He surprises me with small outings. He squeezes my hand when he senses I am scared. He tries to stay strong so I do not break, but the truth is, I am already breaking. My hair is turning white. My heart feels shattered. I do not know how to move forward without him.

Mohamed's biggest weakness has always been his goodness. He trusts too easily, believes the best of everyone, and never imagined that the world could be cruel. He grew up sheltered and innocent, believing that life was fair.

Your Honor, I respect our justice system, but in this case it failed Mohamed, and it failed our children. We entered this process believing that truth would be enough. We were wrong. Now our hope rests entirely in your mercy, your fairness, your intelligence, and your humanity.

With all your experience and wisdom, I ask you sincerely from the deepest part of my heart: what am I supposed to tell a five-year-old and a seven-year-old if their father is taken from them? How do I explain something so painful to children who still believe the world is safe? I do not

want to raise children who fear law enforcement or the system. I want them to feel safe. But if their father disappears, their world will become terrifying overnight.

Mohamed is the love of my life. He is my best friend. We do everything together. I cannot imagine breathing in a world where he is not beside me. He takes our son to soccer, takes both children to boxing, takes Emma to do her nails, and takes Faris for haircuts so each child feels special. Every night he has what we call special time with them, a routine he has kept for three years. Even on nights when he cried in our room from fear of the future, he still came out with a smile for the children. They beg him every night to stay longer.

Your Honor, Mohamed is not a criminal. He is a gentle, loving, humorous man who wants nothing more than movie nights on the floor with his children and to hug them until they laugh. He has spent his entire life serving others with honesty, compassion, integrity, and humility.

I am begging you with every piece of my heart to show mercy. Please do not let Faris and Emma grow up without the father who is their entire world. Please consider the emotional and mental toll this has taken on him and on our family. Please allow him to remain with the children who need him more than anything.

Thank you for reading my letter and for your compassion and understanding.

Respectfully,
Shorouk Hussein

Exhibit 18

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Mohamed Hassan
        Docket Number 22 Cr. 464

_____

Dear Judge Donnelly:

My name is Saad Fozi, I am the owner of Health Wise Pharmacy and Mohamed Hassan and I are best friends. I have known Mohamed—who I've always referred to simply as Moe—since we were in second grade at Al-Noor School. We graduated high school together in 2008, and, along with a small group of classmates who have stayed close all these years, Moe has been one of the most constant and meaningful people in my life for more than twenty-five years. To me, he is more than a friend. He is truly family.

Moe knows my entire family, and my family knows him. My father, a pharmacist who served East New York until his unexpected passing in 2010, had a very close relationship with Moe. That loss brought both of us even closer. My father-in-law, one of the founders of Al-Noor School and The Islamic Society of Bay Ridge, has also known Moe for many years. Our community is tightly woven and Moe has been part of it since childhood. He and his wife are the ones who actually introduced me to my wife many years ago and that connection brought our families even closer.

Moe has always been there for both me and my family in moments that mattered. When my daughter was born, he was the first person to come to the hospital to congratulate me and my wife. That gesture meant more to us than I can express. I know his children, and he knows mine. Our families are connected in a way that goes far beyond friendship. It is a real brotherhood built over decades and grounded in genuine care and loyalty.

As we grew older, our friendship matured as well. There are days when we sit in my late father's library and unexpectedly tear up while reminiscing—not just about him, but about how far we have come together. We try to attend Friday prayers together when we can, we have family dinners all the time, and we still find ways to play the sports we both love like basketball. On rare occasions, Moe convinces me to play soccer with him as well, which I'm not particularly great at. That is the kind of person he is. He motivates the people he cares about to be healthier, more disciplined, and better overall. His influence on me has always been steady and positive.

When I returned from pharmacy school in England in 2015, I was ambitious but still figuring out my path. Moe guided me and helped shape me into the pharmacist and business owner I am today. Everything I learned about running an efficient pharmacy—managing employees, structuring workflow, creating organized systems, and even designing a workable layout in the small spaces we deal with in New York—came directly from him.

One of the first major projects that Moe guided me through was the revitalization of a pharmacy in East New York that has been part of my family's history for many years. The store holds deep sentimental value for me, and during that time, Moe's guidance and support were instrumental in helping bring it back to the standard it once held. That experience allowed me to learn from him and strengthened both our professional relationship and our personal bond.

Moe has always believed in serving the neighborhoods we grew up in. He was the first among us to organize community events such as back-to-school giveaways, food drives, toy distributions during the holidays, and care packages for families going through difficult times. His example inspired all of us to take a more active role in our communities . When I took ownership of Health Wise in 2022, those values were already part of me because of his mentorship and I continued following his example of service.

On the occasions I would observe Moe at his pharmacies, one thing that always stood out about him was his commitment to proper procedure and compliance. He set very high standards for how pharmacies should operate. He built internal checks and clear protocols that everyone trusted and followed. That is the type of leader he has always been: organized, careful, and committed to doing things the right way.

As our careers developed, we began thinking of  working on a unique initiative together—to create a small chain of hyperlocal pharmacies with a focus on modern, higher-quality, community-centered care. Our goal was to create pharmacies that reflected the needs of the neighborhoods we serve—places that emphasized improving health outcomes, building trust, and offering meaningful services. The vision was never about profit. It was about improving the health and well-being of the communities that raised us. Although the vision was never realized, it demonstrates how Moe views his role as a community pharmacist.

This past year, I have seen firsthand how heavily this situation has weighed on Moe. Pharmacy work has always been his passion, his routine, and his way of giving back. Stepping away from management was not something he was told to do; it was something he chose out of fairness. He did not want to burden his colleagues or give anything less than his full effort. That decision affected him financially and emotionally, but it showed the integrity I have always known him to have.

Our community has felt the ramifications of Moe's situation deeply. We are a small group of families who grew up together, prayed together, and built our lives   together. Moe has always been someone we look to for guidance, stability, mentorship, and leadership. If he were taken

away from his wife, his children, and the people who rely on him, the loss would reach far beyond his immediate circle. It would shake the foundation of our community.

On a personal level, I have recently started considering applying to law school. That interest came from navigating the legal nuances involved in setting up and operating a healthcare business and realizing I had a natural  interest in this type of work. About a year ago, purely by chance, Moe and I discovered that we had both quietly been thinking about law school. We laughed about it, remembering how much we hated studying when we were younger, but it reflected the values we share—building, understanding, and serving our communities in deeper ways.

Your Honor, I understand the responsibility before you and I respect the process fully. I am not writing to challenge anything before the Court. I am writing because I have known Moe for most of my life, and I have seen his character up close, consistently, and over decades. He has been a pillar of support for me, for my family, and for many others. He has contributed positively to every community he has been a part of.

I respectfully ask that you consider the entirety of Moe's life—the good he has done, the people he has mentored, the responsibilities he carries, the toll this process has already taken on him, and the positive impact he still has the potential to make. I truly believe he has so much more to give. My hope is that he is granted the chance to continue doing meaningful work, to be present for his family, and to move forward in a way that reflects the person he has always been.


Respectfully,

Saad Fozi

Exhibit 19



**MASOUD LAW FIRM**
7201 Fifth Avenue
Brooklyn, New York 11209
T. 718.748.1111
F. 718.748.6600
M. 917.272.4344

Ayat Masoud
Attorney At Law
ayat@masoudlawfirm.com

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

<u>**VIA FIRST CLASS MAIL – CERTIFIED**</u>

NOVEMBER 24, 2025
Docket No. 22 Cr. 464

*Re: United States v. Mohamed Hassan:*

Dear Judge Donnelly,

My name is Ayat Masoud, and I am an attorney licensed in the State of New York and the owner of Masoud Law Firm, located at 7201 5th Avenue in Brooklyn. I have known Mohamed Hassan since 2017, both personally and professionally, and I have represented him in several civil matters throughout the years. Through this longstanding relationship, I have come to know him exceptionally well.

In all my interactions with Mohamed, I have known him to be an ethical, honest, and deeply principled individual. As his attorney on multiple lawsuits, I consistently observed his unwavering commitment to doing what is fair — even when the law offered him opportunities to be more aggressive. Mohamed always refused to approach litigation with hostility. Instead, he repeatedly instructed me to seek settlement, compromise, and human understanding. His priority was never to "win" at the expense of another person, but rather to ensure that everyone involved felt respected.

One moment in particular stands out and has remained with me for years. During the height of the COVID-19 pandemic, when fear, uncertainty, and misinformation were widespread, I confided in Mohamed — who is a pharmacist — that I was scared of taking the vaccine. In a moment of weakness, I even asked whether he would be willing to fill out a vaccination card for me despite my not having taken the shot. Mohamed responded with kindness but also firm ethical boundaries. He told me calmly that the vaccine was safe, encouraged me to take it, and refused to falsify any medical document under any circumstance. His response was not judgmental; it was protective, compassionate, and grounded in professional integrity. That moment revealed his moral compass more clearly than anything else.

Beyond his ethical nature, Mohamed is a devoted family man, deeply caring toward his wife, his children, and the community he serves. He is known for his generosity, his willingness to help others, and his consistent presence in community events and charitable efforts. In my experience, he has always been someone others look to for guidance, support, and reliability.

Mohamed is a prominent and deeply valued member of our community, and his absence would profoundly impact countless people. His presence helps maintain trust, stability, and unity within a community that already faces many challenges. If Mohamed were incarcerated, not only would his family suffer tremendously, but the broader community would as well. People would lose faith in a system that they already struggle to trust — a system that, in their eyes, would be taking away a man who has done nothing but good for others.

While I understand that Mohamed has been convicted, my opinion of him has not changed. I have known him over the course of many years and through circumstances that reveal true character. I respectfully ask Your Honor to consider the totality of his life, the tremendous ethical standards he has consistently upheld, the devotion to his family and community, and the human impact that his sentence will carry.

For these reasons, I respectfully request leniency in sentencing. Mohamed is an honorable man, and I truly believe that mercy in his case would serve justice, humanity, and the community as a whole.
Thank you, Your Honor, for taking the time to consider my perspective.


Respectfully

**Ayat Masoud, Esq.**

Exhibit 20

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201
Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly:

My name is Mohammad Elshinawy. Born and raised in NYC, and currently live in Pennsylvania, where I serve as the religious director of the Jesus Son of Mary Mosque (ISA) in Allentown. I have known Mohamed Hassan for most of my life, most pertinently as his primary religious consultant throughout the years.

I know character attestation letters tend to be exaggerated and hyperbolic, so allow me to offer the following concrete examples of the rare integrity of Mohamed Hassan as I've come to know it firsthand:

- Several times, he has consulted me privately on whether it is ethical to file charges against some of his business partners that he felt were at fault, making it clear that he did not want to apply legal leverage, even if it meant losing his capital, if that would be displeasing to God / unjustly harmful to these partners and their families.

- Consistently throughout the years, as he saw his business grow, he would confide in me on how to (1) confirm he is not being greedy, (2) how to make sure the money he controls never one day controls him, (3) what are the best biographies to read about god-fearing philanthropists in history, etc.

- I don't know anyone who has donated as much to good causes like emergency relief efforts, local feeding of the homeless, and building houses of worship, like him. Unlike others who may have tax benefits or prestige "top of mind" with similar acts of generosity, Mohamed would stipulate that I help him avoid insincerity by keeping his contributions anonymous, and despite that, has repeatedly told me that I must notify him if anyone has later donated more than him so he can try to further add to this anonymous donation.

- Mohamed would, throughout the years, often randomly contact me asking if I knew of a family in need that he could bring relief to, as he was going through a rough patch and has always seen how secretly serving others has invited God's blessings into his life.

- Shortly after his house was raided on these current charges, he asked to meet. He was deeply distressed, but what floored me was his concern: "how do I know if God is testing me or punishing me?" He explained how he never had the slightest clue about the crimes of his partner, and how even keeping that "profit-less" pharmacy open was solely out of consideration for his partner's kids and livelihood.

- Despite being insanely busy (too busy, perhaps) with his entrepreneurship, I vividly recall him accepting to serve on an advisory council of the Brooklyn Islamic Center (64st) immediately following an opioid related death of one of your youth. Shortly thereafter, he also joined the Al-Noor School board, also to ensure our youth are set up for success and being strategically steered away from the ills of wider society.

I understand the conviction against Mohamed is a damning one, but these are but some reasons why I feel so strongly about him not being the perpetrator of this crime, especially when his guilt is chiefly predicated on the testimony of his partner who was caught red handed and desperate for a plea bargain. To tear away a man from his family and young children, and to deprive the local community of one of its most selfless leaders and philanthropists, on such bases is what I pray the honorable judge Donnelly will refuse to allow. I am ready to offer more testimony in this regard, and anxiously awaiting and praying for the justice process to afford the utmost leniency for Mohamed's case. Thank you for taking the time to read and consider this.

Mohammad Elshinawy

rd@isallentown.org

Date Signed: Dec. 10, 2025

Exhibit 21

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket No. 22 Cr. 464

Dear Judge Donnelly:

My name is Adam Fakir, and I have known Mohamed "Moe" Hassan since we were six years old. We met in first grade at Al-Noor School, and over nearly three decades our friendship has grown into something that feels less like friendship and more like family of the heart. I was always the quieter one, the more closed-off one, but somehow Moe always saw me — not just the surface, but the person I was trying to become.

I was raised mostly by my grandmother, who is the closest thing I've had to a stable parent. Moe has always shown her genuine warmth and respect. He asks about her every time we speak, and it is never out of formality — he deeply cares for her because she is a part of me. That has always meant so much to both of us.

After graduating college in 2018, I moved to Chicago hoping to work part-time as an audiologist and pursue Islamic studies. I thought I was beginning a new chapter, but inside I was struggling — emotionally, spiritually, and physically. My mother was fighting cancer, I had no real family support system, and my health was declining in ways I didn't understand. I felt far from home in more ways than distance.

Throughout this time, I had six close friends — brothers — who supported me in their own ways. But as things got harder, Moe stepped forward the most. His check-ins felt different. He wasn't asking out of obligation — he was gently asking how my heart was doing. Questions like: "Are you at peace?" "Do you feel grounded?" "What do you need to feel whole again?"

He supported me financially during this period without ever making me feel like a burden. And when my health took a sharp downturn, Moe personally found a doctor for me in Chicago, paid for the visit, and encouraged me to go. That visit led to my diagnosis of Hashimoto's disease — something that helped explain so much of what I was experiencing.

When it became clear that staying in Chicago was hurting me, Moe spoke with compassion and honesty. He said, "If you're happy there, we will continue supporting you. But if you're not, then we need to bring you home." Because of my condition, I couldn't drive back. Without hesitation, Moe arranged and paid for everything. He flew someone to Chicago to pack my belongings and drive my car back while I flew home. I truly don't know where my life would be today if he hadn't stepped in with that mix of love, clarity, and action.

In May 2022, our friend group traveled together to Egypt — myself, Moe, his wife and children, and two other childhood friends with their families. From the moment we landed until the moment we returned to New York, Moe handled everything: transportation, museum tickets, the Nile river tour, the pyramids, every detail big or small. He treated us as his guests, not because he needed control, but because generosity is his instinct.

One afternoon, while at a Pizza Hut, a group of hungry children approached the door and the staff tried to push them away. Before any of us could react, Moe stood up gently and asked the workers to let the children inside. He told the kids they could order whatever they wanted. Watching them feel seen and joyful, even just for a moment, showed us again the quiet truth of who Moe is. That was not charity — it was compassion in its purest form.

During that same trip, I also saw Moe as a father. He was playful and gentle, patient and soft-hearted. His children joked with him, negotiated with him, made him try not to laugh when he pretended to be serious — and you could see how much he adored them in every expression. They are growing up with a father whose love is steady and deeply felt.

When I learned about Moe's situation in this case, it shook me. But Moe told me he has been leaning on his faith to stay grounded during this difficult time, and he is trying to learn whatever he can about himself through the experience. There was no defiance in his tone — only sincerity, humility, and reflection.

It is difficult to summarize nearly thirty years of a bond built not just on shared memories but on shared growth and shared love. Our friendships are not transactional — they are connections of the heart. Moe has always been a pillar among us. If he were suddenly absent from my life, there would be a real void — a dimming of light.

Your Honor, I respectfully ask that you consider the person Moe has been for as long as I have known him: someone who moves through the world guided by compassion, someone whose instinct is to help, and someone whose presence has changed my life and the lives of many others for the better. I truly believe he has the capacity to continue being a source of goodness for his family, his community, and all of us who love him.

Thank you for your time and consideration.

Respectfully,
Adam Fakir

Exhibit 22

**The Honorable Ann M. Donnelly**
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Mohamed Hassan*
*Docket Number: 22 Cr. 464*

Dear Judge Donnelly,

My name is Shawkat Said, and I reside in Bay Ridge, Brooklyn. I am currently employed in pharmacy delivery for the pharmacy owned by Mohamed Hassan in Bayridge. In addition to my work responsibilities, I also drop off his children at school every morning, an arrangement that reflects the deep trust he has placed in me, something I am sincerely grateful for. I have known Mohamed for more than ten years, ever since he was a pharmacy student, and I also know his parents and family well. His brother attended college with my daughter at The City College of New York, which allowed our families to grow even closer.

My deeper relationship with Mohamed began when he learned that I was in need of work. Without hesitation, he offered me a job and treated me with dignity and respect from the very first day. For the past four years, I have known him not only as an employer but as someone I can wholeheartedly trust. Based on the countless interactions we have shared over this long relationship, I can confidently say that I know him very well.

Throughout the years, Mohamed has consistently shown qualities that speak highly of his character. I have always known him to be honest, responsible, respectful, and genuinely caring. He is thoughtful toward everyone around him and often goes out of his way to help others. He is ambitious, hardworking, and deeply committed to his family and community. In my experience, he is well-liked by all who know him, and his reputation in our Bay Ridge community is one of kindness, generosity, and integrity.

I would like to share several examples that show who Mohamed truly is.

One moment I will never forget is when my daughter was going through a very difficult divorce. The legal process was a heavy burden on our family, emotionally and financially. Mohamed stepped forward and supported us financially, emotionally, and without hesitation, covering significant legal fees during a time when we felt overwhelmed and alone. His support brought stability and comfort to my family, and it

is something I will be grateful for for the rest of my life. His actions during that time reflected compassion, sincerity, and genuine humanity.

Another example of his generosity is how he treats his staff, his family, and the people close to him. Everyone who works with him feels valued. He consistently helps others quietly and without expecting anything in return. The entire Bay Ridge community can testify to his kindness, his name is known for helping people, for giving, and for being someone who shows up when others are struggling.

One of the most meaningful acts of kindness he has ever done for me personally was when he paid for my entire Umrah trip. This was an experience of deep spiritual importance to me, and I still consider it one of the greatest blessings of my life. Mohamed gave me this gift with a pure heart, and it is something I will never forget.

I understand that Mohamed has been convicted, but my opinion of his character remains unchanged. The man I have known for over a decade is someone who lifts others up, who gives from his heart, and who strives to do good. I respectfully ask the Court to consider the fullness of his life, the positive impact he has had on so many people, and the emotional, physical, and financial toll that this process has already placed on him and his family. I also ask Your Honor to consider the profound long-term consequences of a felony conviction and how deeply they will affect his future.

For all these reasons, I respectfully request that Your Honor consider sentencing leniency. I hope the Court may see the same goodness in Mohamed that so many of us have witnessed over the years.

Thank you very much for taking the time to read my letter and for considering my perspective.

Sincerely,
Shawkat Said

Exhibit 23

**Dr.Abdalla Allam(PhD)**

143 State Street

Brooklyn, NY 11201

November 22, 2025


The Honorable Ann M. Donnelly

Theodore Roosevelt United States Courthouse

Courtroom 4G North

225 Cadman Plaza East

Brooklyn, NY 11201

Re: *United States v. Mohamed Hassan*

Docket Number 22 Cr 464


**Dear Judge Donnelly:**

My name is Dr. Abdalla Allam, and I am the Imam of Masjid Dawood in downtown Brooklyn. I have served this community for over twenty-five years, leading prayers, teaching the Qur'an, and counseling families and youth. In that role I have come to know many members of our congregation closely, and I do not write character letters lightly. I write to you in my personal capacity in support of Dr. Mohamed Hassan.

I first met Dr. Hassan around 2010, when he was a student in pharmacy school. At that time he began attending Masjid Dawood regularly. I remember him as someone who was serious about his studies and serious about his faith. He would come to pray in congregation and was a consistent presence in the mosque.

One of the things that stood out to me from the beginning was how Dr. Hassan used his time in the mosque. He would often stay before and after the prayers, sitting quietly with a copy of the Qur'an, reading and studying on his own. This was not something done to be seen by others; it was a regular, private habit that I observed over many years. It

showed me a person who wanted to strengthen his relationship with his faith and who valued using his free time in a beneficial way.

I have also seen Dr. Hassan take care in how he treats the mosque itself. He would make sure that the Qur'ans and Islamic books on the shelves were neatly placed and organized, returning them properly after use and straightening them for others. These may seem like small actions, but they were consistent, and they reflect respect for the mosque, for the Qur'an, and for the community that uses these spaces.

I also know his entire family—his father, mother, and siblings—and they are likewise people of high character who care about their community. Dr. Hassan comes from a good family, and the way he conducts himself in the mosque is consistent with the values I have seen in his parents and siblings.

From my perspective as his Imam, I have always seen Dr. Hassan as an honest, caring, and thoughtful man. He attends congregational prayers, behaves respectfully, and is well liked by those who know him in the mosque. His consistency in worship, his quiet efforts to keep the mosque in good order, and the way he carries himself with his family and community have all contributed to my view of him as a man of great character.

I am aware that Dr. Hassan has been convicted in this case. I do not write to address the legal aspects, but to share my experience of his character over more than a decade. To me, he is someone who has tried to live as a good member of his community and as a devoted son, brother, and father. His absence will be greatly felt, both by his family and by those in the mosque who have long known him and relied on his presence and support.

For these reasons, I respectfully ask Your Honor to take into account the length and depth of my relationship with Dr. Hassan and the many positive qualities I have observed in him over the years. I hope that you will show him leniency so that he may continue to support his family and maintain his ties to our community.

Thank you for your time and consideration.

Respectfully,

Dr. Abdalla Allam(PhD)

Imam, Masjid Dawood

Brooklyn, New York

Ahmad Abdallah
Imam, Islamic Society of Bay Ridge
Religion Teacher, Al Noor School
579 Ovington ave
Brooklyn NY 11209
Ahlullah7@gmail.com
347-628-2776
11-21-25

Honorable Judge Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Request for Leniency on Behalf of Mohamed Hassan

Your Honor,

My name is Ahmad Abdallah, and I serve as an imam at the Islamic Society of Bay Ridge as well as a religion teacher at Al Noor School in Brooklyn. I have known Mohamed Hassan since he was in the sixth grade, and over the past many years I have watched him grow into a young man devoted to serving his community with sincerity and compassion.

I respectfully write to Your Honor to request leniency in his sentencing. While I fully understand the seriousness of his situation, I humbly ask that the Court consider the totality of Mohamed's character and the positive impact he has consistently made in our community.

Mohamed has long been involved in providing healthcare-related services to families and students in Brooklyn. During the COVID-19 pandemic, he offered free vaccinations to community members, many of whom lacked access or resources. He also provided free medical kits for students traveling on school trips, ensuring their safety and preparedness.

Beyond healthcare, Mohamed regularly volunteered his time to educate students, personally conducting lessons and awareness programs. He has always taken an active role in guiding and supporting our youth, treating them with patience, encouragement, and genuine care.

His generosity extended to families struggling financially. What many do not know is how often Mohamed helped families quietly and privately. He paid school fees for parents who were too embarrassed to ask for help. He also assisted schools with logistics, booking buses for events and activities, coordinating schedules, and stepping in wherever support was needed.

What stands out most to me is that Mohamed never sought recognition for these acts. His service came from humility and a sincere desire to help others. The Mohamed I have known

since childhood has always shown a sense of responsibility toward his community, especially its children.

I respectfully ask the Court to consider his longstanding record of service, kindness, and community involvement in determining his sentence.

Thank you, Your Honor, for taking the time to read this letter and consider my perspective. Please feel free to contact me if you require any further information.

With respect and sincerity,
Ahmad Abdallah
Imam, Islamic Society of Bay Ridge
Religion Teacher, Al Noor School



The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201
Re: USA v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly,

I am writing on behalf of Dr. Mohamed Hassan, whom I have known through the Muslim Community Center in Brooklyn for many years. I understand that he is currently facing sentencing, and I respectfully ask the Court to consider the extraordinary character and longstanding service he has shown to our community.

Dr. Hassan was one of the most charitable and selfless individuals we have ever known and that is not a slogan. His generosity has quietly sustained numerous programs and initiatives at our center, especially those serving children. Because of him, our youth were able to learn about their faith in a clean, safe, and joyful environment. He never hesitated to step forward whenever support was needed, and he did so without seeking recognition or acknowledgment.

Dr. Hassan's compassion extended far beyond our programs. He has helped countless families in need, single mothers, newly arrived migrants, and individuals facing serious hardship. He provided assistance quietly and respectfully, preserving the dignity of those he helped. He has always been someone we could rely on, and his care for others has left a lasting impact on many lives.

In addition to the contributions he made to our community, Dr. Hassan is also the father of young children who depend on him deeply. They are at an age where a parent's presence, guidance, and emotional support are irreplaceable. I respectfully ask the Court to show mercy and compassion in considering his sentence, as a prolonged separation would be profoundly difficult for his children and could leave long-term effects on their well-being. They deserve the opportunity to grow with their father present in their lives.

We do not wish to minimize the seriousness of this situation. Our intention is simply to share the true nature of the person we have known for many years—a caring, generous, and deeply community-minded man whose absence would be felt not only by us but most importantly by his own family.
Thank you for your time and consideration.


Sincerely,
Imam Abdallah Shaaban
President
Muslim Community Center of NYC



**ALISTIQAMAH COMMUNITY CENTER**
**1835 BAY RIDGE PKWY BROOKLYN NY 11204**
**PHONE: (718) 676-7892 FAX: (718) 676-7893**
**EMAIL: ALISTIQAMAHCOMMUNITYCENTER@GMAIL.COM**

November 25, 2025

Re:   Mohamed Hassan

Dear Judge:

I'm Samy Massoud, I'm the Vice-President of Al-Istiqamah Community center, and AlmadinahSchool Inc.,they are active not-for-profit organizations that support communities in Queens and Brooklyn.

I am writing this letter to respectfully offer my character reference for Mohamed Hassan, whom I have had the privilege of knowing for the past seven years.

Throughout the time I have known him, I have found him to be an exceptionally honest, respectful, and responsible member of our community. He has consistently demonstrated integrity, kindness, and a strong sense of moral character in both personal and professional settings.

Mohamed Hassan is widely respected in our community for his willingness to help others, commitment to family values, and dedication to positive community involvement. He has always shown accountability for his actions and a genuine desire to contribute positively to society.

It is my sincere belief that Mohamed Hassan deserves the Court's consideration as a person of good character. I respectfully ask that the Court take this letter into consideration when evaluating this matter.

Thank you for your time, attention, and service.

Respectfully,

Samy Massoud

917-821-1406

To the Honorable Judge,

My name is Dr. Mohamed Elbar, the imam and preacher of Mus'ab ibn Umair Mosque. I write today in support of Mohamed Hassan, whom I have known closely for the past eighteen years.

During all these years, Mohamed has consistently demonstrated exceptional character, generosity, and dedication to his community. He is an active supporter of our mosque and its programs, often donating computers, equipment, and resources to help us run our educational and community activities.

Mohamed is a role model for many of our youth. I have never known him to be involved in any conflict or to cause harm to anyone. On the contrary, he has always been someone people turn to for help.

I have personally witnessed his charitable efforts, especially his habit of providing free medicine to the poor and needy. Every year, he also donates school supplies to students, ensuring that no child in our community feels left behind.

Mohamed is a man of good manners and integrity. He is present in our religious classes, community events, and consistently diligent in his prayers. His presence is always positive and supportive.

Your Honor, I respectfully ask that you take into consideration the many years Mohamed has devoted to serving others. His actions have had a real impact on countless families, students, and community members. I kindly request leniency on his behalf, as I firmly believe he will continue to contribute positively to society.

Thank you for your time and thoughtful consideration.

Respectfully,

Dr. Mohamed Elbar

Imam & Preacher, Mus'ab ibn Umair Mosque

The Honorable Ann M. Donnelly

Theodore Roosevelt United States Courthouse

Courtroom 4G North

225 Cadman Plaza East

Brooklyn, NY 11201

Re: United States v. Mohamed Hassan

    Docket Number 22 Cr. 464

Dear Judge Donnelly:

    My name is Mohamed Elnashar, and I serve as an official at the BRCDC ( Bay ridge Community Development Center) and I served as an executive director at ISBR (Islamic Society of Bay Ridge) for 22 years. I am writing from both a personal and professional place as I speak on behalf of Mohamed Hassan. I have known Mohamed since he was a young boy. He comes from an educated and humble family. I have watched him grow into the same kind of person they raised him to be.

    Seeing him now in this situation is heartbreaking for all of us who watched him grow up, because it does not reflect the good young man we know. Through our work at the BRCDC& ISBR, I was able to see Mohamed not just as a community member, but as someone who genuinely cares about people. He spent his time guiding and mentoring young people.

    Your Honor, I sincerely ask you to take Mohamed's history, character, and contributions into account.

    This young man has so much potential, and his community believes in him.

    I have seen firsthand the good he brings, and I truly believe he deserves compassion and leniency.

    Thank you for your time and consideration. Respectfully,

Mohamed Elnashar

BRCDC Official

Melnashar6806@gmail.com

9174346885

Exhibit 24

Dear Judge Donnelly, my name is John Capotorto and I am a licensed pharmacist since 1982 and worked in retail Pharmacy since I was 16. Over those years, I have worked with and mentored many young people but few have made the impact on me that Mohamed Hassan has.

He began with me as a delivery boy and stock-boy, eventually becoming an intern. I had the privilege of teaching him not only to work in a community pharmacy but how to grow into a decent, responsible, caring human being. He has a willingness to learn and to absorb everything I taught him-Pharmacy etiquette, patient care, community values, responsibility, and structure. I also taught him about life's values, the importance of kindness, respect, humility, and discipline. One of the things that always touched me was his commitment to his family. He has helped his parents and siblings long before most young men take on this role. He graduated pharmacy school, passed his state boards and got married all in the same year. Talk about motivation. As he grew older, he became a father of two wonderful children while working tirelessly, not for himself, but for his family to give them stability, love and the sense of purpose. Despite running a number of stores, he always made time for his family and time for his workers. Something I stress to him often enough. Later in life I came to work for Mohamed because he wanted me to teach his interns what I taught him. I could see he took my teaching to heart because He was passing all he learned on to all his workers. He had matured into a person I was genuinely proud of. He wasn't just dedicated to his family. He was also dedicated to his community as well. He has always given back to the neighborhood he lives in and works in. He is constantly organizing events for the needy and the poor, always helping those who have less whether here in the US or abroad. His active involvement in his religious community is admired and respected by his peers. He has been asked to speak and run prayers at his mosque.

One moment in particular will stay with me the rest of my life. On Holy Saturday of this year our church Saint Edmund of Breezy Point burnt down, a church of different faith than his. He immediately organized efforts to help. He got donations from his Pharmacists and from his workers, himself and from anyone who could donate. He did this, not for himself nor because he was asked, but because he felt it was the right thing to do. This touched me in a way words cannot express. Your honor, I understand the seriousness of this case before the court, and do not diminish it at all. But I hope you can see the person I saw for all those years, hard-working, compassionate, family and community oriented. An individual who has and continues to show kindness and concern for others in light of his conviction. I believe he has a strength of character to learn from this terrible experience and rebuild his life. I'm confident he can continue serving his family and his community and living up to the potential he showed so clearly when he worked under my mentorship. Thank you Judge Donnelly for taking the time to read my letter and for considering these aspects of his character. , Respectably

John Gtt Rph

John Capotorto 9-21-1956
109 Beach 216 Street
Breezy Point N.Y. 11697
917- 363- 9683

Exhibit 25

**DISTRICT OFFICE**
8203 3RD AVENUE
BROOKLYN, NY 11209
**TEL: (718) 748-5200**
**FAX:** (347) 578-7717

**CITY HALL OFFICE**
250 BROADWAY, SUITE 1826
NEW YORK, NY 10007
**TEL: (212) 788-7363**
**FAX:** (212) 442-5875

**EMAIL:** ASKJB@COUNCIL-NYC.GOV

THE COUNCIL
OF
THE CITY OF NEW YORK

# JUSTIN BRANNAN
COUNCIL MEMBER, 47TH DISTRICT, BROOKLYN

**CHAIR**
COMMITTEE ON FINANCE

**COMMITTEES**
PUBLIC HOUSING
RULES, PRIVILEGES, AND ELECTIONS
ENVIRONMENTAL PROTECTION,
RESILIENCY AND WATERFRONTS

**SUB-COMMITTEES**
LANDMARKS, PUBLIC SITINGS
AND DISPOSITIONS
SENIOR CENTERS AND FOOD INSECURITY

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Mohamed Hassan
        Docket Number 22 Cr. 464

Dear Judge Donnelly:

I am Council Member Justin Brannan, representing the 47th District in the New York City Council. I am writing this letter with regard to Mr. Mohamed Hassan, who is a member of the community I represent.

I have represented southern Brooklyn in the City Council for the last eight years. During that time, Mr. Hassan has been a local business owner, an active member and leader of our local houses of worship, and supporter of many local nonprofits. During that time, Mr. Hassan demonstrated a care for his community and fellow members of our neighborhoods.

As a lifelong resident of our area, Mr. Hassan has diligently worked for many years to build a life for himself and his family. He began working in a local business in my district at the age of 15, and continued to work hard until he was able to purchase his own small business. Since then, he has given back to his community, volunteering his time and resources to support others.

I ask that Mr. Hassan be treated fairly, and that his numerous contributions to the community be taken into account when determining his sentence. Thank you for your attention. Please do not hesitate to contact my District Office at 718-748-5200 should you require further information.

Sincerely,

*[signature: J Brannan]*

Justin Brannan
New York City Council Member, District 47

Exhibit 26

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly:

My name is Hanan Hassan and I am Mohamed Hassan's mother. He is my oldest child and son. My one true goal in life was to be a wife and mother and just merely 9 months after getting married, I had Mohamed on July 27, 1990. Ever since May 15, 2024, I have been mentally not well and the circumstances have affected me and my entire family deeply. My son is the most caring human being I could have ever hoped for any one of my kids to be. Although it is an unspoken tradition that as a parent, you can not play the favorite game, I will go ahead and privately admit to you that out of my four kids, Mohamed is my favorite child.

My son is my world and as much as I poured into raising him, he has returned every single act of compassion right back to me and the rest of his family. Mohamed calls me every single morning to ask me how I am and what I had for breakfast and what my plans for the day are. He is invested in my well-being as well as his father's and his siblings. He shares all his thoughts, feelings, and emotions with me and always makes me feel like I am the most important person in his life. He is my go-to person for every small and big problem I have with any of my kids or even my husband, his father. He is the mediator of the family for any conflict that may arise between any two members, whether that be myself and his father or the twin siblings Yasser and Sarah. He has always been the best communicator and problem solver since he became an adult and he always does it happily with grace.

My husband, Alaa Hassan had to do back surgery early 2024, and I was terrified since he had to be put under anesthesia. Mohamed stayed in the hospital with me, holding my hand the entire time and making sure I was well-fed and hydrated. He was the one communicating with all the doctors every step of the way and handling the paperwork with the insurance for the surgery. He was the one who contacted each one of the siblings, Mostafa, Yasser, and Sarah to update each one of them of their father's condition. Mohamed has always been the most responsible eldest son any mother could dream of having.

Growing up, I have always been very involved in the local mosque in Bay Ridge and I have always been proud of being Mohamed Hassan's mother. He is well-known in the community to be giving and charitable. My very own friends have always seen my son as their go-to person if they ever needed anything, whether that be to employ their children in the pharmacy because they couldn't land a job anywhere else or they wanted to move to a different apartment and needed to find out what properties in the area were available. He has always been a reliable and selfless member of the community.

Mohamed is never too tired or exhausted to lend a hand and has always been empathetic to those around him whether they were family or strangers. On June 22nd, 2025,

there was a horrific incident that occurred at Laundry King Laundromat on Neptune Avenue in Brooklyn and was broadcast on the news on June 23. A middle aged father by the name of Walid Noureldin and his 19 year old son Mohamed Noureldin were caught in a verbal disagreement with another customer and unfortunately, the customer pulled out a knife and stabbed the father who died and also slashed the son's forehead leaving him with a huge wound that needed stitches. When my son read this story in the news on June 23, he was deeply affected by this incident and got into contact with the family right away and made sure to donate to the family's gofundme and went further to employ the 19 year old son in his pharmacy. This is the man he is; he just wants to help those around him with any resource he has.

With my age, I have several health conditions such as high blood pressure and diabetes. I often go in to get frequent MRI's and X-ray's for my knee pain and my back pain and as well as my yearly mammograms. I usually can just call and uber to get the imaging done but Mohamed always wants to drive me to every single appointment and testing done and even when I don't want to take him away from his wife and kids or his job, he expresses to me how much he just wants to accompany me in any errand I need to do. He never wants me to feel alone ever and continues to be a warm presence in my life. I know that I can call him for anything, no matter how small or tedious the task may be. If I wake up randomly and my husband is at work and I am alone at home, and find a hideous insect in my house that I am too scared to approach or kill, I will call him right away to come all the way to my house just to kill it and he is patient enough to do it time and time again. He will never tire of my endless needs and asks.

My son has always tried to be the best student in school and the best pharmacist in his pharmacy. He has tried to be the best partner in his business ventures. But what I have concerned myself with and what I care about the most is making sure he is the best human being with the best manners which he is. I care about him being the best oldest brother to his 3 siblings, which he is. I care about him being the best husband for his wife, which he is. I care about him being the best father for his 2 kids, which he is.

There are at least a hundred different reasons he is my favorite child and favorite human being so if your honor can kindly be lenient in his sentencing as that is a direct effect on my world. Whatever happens to him will also simultaneously be happening to me. Whatever affects him will also simultaneously affect me as well. I can not imagine a world without him in it and I can not function my daily life without his morning check-in phone calls or randomly coming over to have dinner with his father and I. My son has been the most loving human being to everybody around him near and far and I do wholeheartedly believe he deserves the best in life, and the best may very well be just leading a peaceful life with his wife and kids at home. Thank you for your time and consideration.

Sincerely,
Hanan Hassan
*Mohamed Hassan's mother*

*hanan hassan*

Exhibit 27



[The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East Brooklyn, NY 11201
Re: USA v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly,

I am writing on behalf of the Muslim Community Center of Staten Island to share our sincere support for Dr. Mohamed Hassan, who has been an essential pillar of our community for many years. As he faces sentencing, we wish to provide insight into the profound and lasting impact he has had on our mosque, our congregants, and the broader Staten Island community.

Dr. Hassan was one of the most important figures in establishing our mosque. From the earliest stages, he encouraged, motivated, and supported us at every step as we worked to secure a permanent location. His unwavering commitment and generosity were instrumental in allowing us to purchase our building and finally open our doors. Without his guidance and support, our mosque—which now welcomes over 500 people for Friday prayers—would never have come to fruition.

From its inception, Dr. Hassan's vision centered on community service, strong youth and children's programs, and creating a safe and welcoming environment for women to worship. Today, that vision is realized through the many services our center offers. We run a weekly food pantry that serves our neighbors in need, a weekend school for our youth, and a variety of educational and recreational programs for children each week. These programs have changed lives, and it is no exaggeration to say that Dr. Hassan's early support made them possible.

Throughout the years, he has been known to us as a humble, sincere, and selfless individual who always gave quietly and without seeking credit. His contributions strengthened our mosque and uplifted our entire community. He is deeply respected and greatly valued by all who know him.

Your Honor, we kindly and respectfully ask that you show compassion in considering Dr. Hassan's sentence. He is the father of young children who depend on him for guidance, stability, and emotional support. A prolonged separation would be an immense injustice for them during these formative years. As a community, we pray for the best for him and hope that his role as a devoted father—and the profound impact his absence would have on his children—will be taken into account.

Sincerely,
Mustafa Abdelraheem
Chairman, Muslim Community Center of Staten Island

Exhibit 28


[The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse
Courtroom 4G North
225 Cadman Plaza East Brooklyn, NY 11201
Re: USA v. Mohamed Hassan
Docket Number 22 Cr. 464

Dear Judge Donnelly,

I am writing on behalf of Dr. Mohamed Hassan, whom I have known for many years through his long-standing and heartfelt support of our nonprofit organization, Muslims Giving Back. As he faces sentencing, I respectfully ask the Court to consider his extraordinary record of charity, service, humility, and genuine compassion for others.

Dr. Hassan has been one of the most charitable individuals in our community. Since 2013, he has quietly funded our weekly homeless feeding program, making it one of the longest-standing initiatives of its kind in New York City. Week after week, year after year, he ensured that the homeless and hungry received hot meals and care. He gave consistently and privately, without ever seeking recognition or acknowledgment. He was a man we knew would never say "no" when it came to giving back to the community.

His generosity extended far beyond feeding the homeless. Dr. Hassan played an instrumental role in establishing Asiyah's Women Center, the first Muslim women's domestic violence shelter in New York City. When we needed a home to rent to provide safety for women and children escaping abuse, he stepped forward immediately and without hesitation. His support allowed us to open a refuge that continues to protect and empower survivors.

Dr. Hassan was also always the first to support families in crisis—single mothers struggling to provide for their children, families on the verge of eviction, and individuals facing severe hardship. He never turned anyone away. He lived a humble and modest life, avoided the spotlight, and even declined awards because he believed true charity should be done with sincerity and without public attention. His kindness and quiet generosity have touched thousands of lives across New York City.

Your Honor, I respectfully ask that you show mercy and compassion toward Dr. Hassan, just as he has shown mercy and compassion to so many others throughout his life. The impact of his absence will be deeply felt by the vulnerable communities he has supported for over a decade—but even more so by his own young children.
His children are at an age where a father's presence, guidance, and emotional support are irreplaceable. Growing up without him during these formative years would be an immense hardship for them. For a devoted father, being separated from his children for such a long time is one of the most painful consequences imaginable.

I recognize the gravity of the matter before the Court, and I do not wish to diminish its seriousness. My purpose in writing is to provide a truthful account of the Dr. Hassan we have known—an individual of humility, sincerity, and deep compassion, whose life has been dedicated to serving others. I respectfully ask that his long-standing charitable contributions and the profound positive impact he has made in our community be considered in your determination.

Thank you for your time and thoughtful consideration.

Sincerely,
Donia Karam
Executive Director - Muslims Giving Back

Exhibit 29

The Honorable Ann M. Donnelly
Theodore Roosevelt United States Courthouse Courtroom 4G North
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mohamed Hassan Docket Number 22 Cr. 464

Dear Judge Donnelly:

My name is Walla Hassan. I was Mohamed Hassan's classmate from pre-k to senior year of high school, where we both attended a small-knit Islamic school in Brooklyn, NY that ultimately blossomed into a family. It was considered more than just an educational setting to many, as it provided Muslim students with a strong sense of community and core social values that have shaped them into upstanding members of society today.

Mohamed has embodied these values from a young age and continues to do so as both a health care professional and member of the Muslim/Arab community in Brooklyn. Starting out as a classmate and friend that was always quick to assist his peers without waiting to be asked, to leveraging his career to ensure better access to medicinal needs, Mohamed has showcased his role as a leader eager to be of help. Mohamed's sense of service also extended outside of the business setting, where his altruistic nature motivated him to help people, directly or indirectly, be it partaking in youth events or fundraising money for families going through financial hardship. Hence, his reputation has always been painted in a positive light.

I myself can attest firsthand to his repeated generosity and supportive presence in my life. I had made a short term move to Dubai in 2020 and my father who I left behind in New York passed away from Covid. I could not be there for his burial and Mohamed did not hesitate to help my family with funeral arrangements at such a grief-stricken time. He even went the extra mile of getting food delivered to my family home for 3 consecutive weeks. Mohamed's support during this time especially stood out as many people remained distant due to fear and restrictions related to Covid.

Mohamed will come to my assistance again when my daughter, born abroad a year later, was diagnosed with a serious, rare genetic condition. Her illness required that she be placed

on a strict diet, where she can only consume low protein formula. The UAE is limited when it comes to specialty medicine, so I was stressed with figuring out how to secure a supply of this life saving nutritional supplement post-Covid. After hearing about her case from the community, Mohamed volunteered to send me a large shipment of low protein formula, free of charge, until I was able return home to the U.S.

A year and a half later I had to travel abroad again to seek therapeutic services for my infant after she received a liver transplant in the U.S. However, I needed to ensure she can still access her daily medications. I was having difficulty coordinating these details with my daughter's routine pharmacy and that's when I contacted Mohamed for help. He then reached out to his fellow peers and explained the situation at hand to ensure that they properly contact insurance to get an advance on her medications.

Mohamed's repeated assistance in varying capacities and at a tremendously vulnerable time in my life is a testament to his noble character. Mohamed's actions and reputation exemplify leadership, integrity, commitment to his profession, community, trustworthiness and a strong sense of doing what is right.

With that being said, I would like to ask that when you proceed with the sentencing, you take into account that Mohamed is an individual with upstanding character, is highly respected in his community and his reputation precedes him.  I also ask that you look at Mohamed not simply based on the charges brought against him, but rather in the context of the positive, principled and accomplished life he has led for the past 35 years. Last but not least, I ask that you please consider the detrimental impact that this conviction has already taken on Mohamed's life, mentally, physically and financially. In lieu of these abovementioned factors, I urge that you treat Mohamed with the greatest leniency possible. This will allow him to continue helping the many who count on him, be present as the family man that he is and continue achieving notable accomplishments as a young professional, husband, father, son and pivotal member of the community.

Kind regards,

Walla Hassan