# EXHIBIT A

 



Feb 16

May Allah bring justice to us in this life and the hereafter.

Statement by Mohamed Hassan

"To my dear family, friends, and community,

It is with a heavy heart that I share this difficult moment with you all. Unfortunately, due to my past partnerships with individuals who have since pleaded guilty to their crimes, I have now found myself unjustly accused as a result of their testimony. Despite the fact that there was no evidence against me personally, the jury did not see me as an individual. Instead, they viewed me through the lens of the accusations and evidence presented against others.

I placed my faith in the trial process, believing that the truth would prevail. However, in federal court, I was met with a system that failed to separate my case from those of my former associates, and I ultimately lost to the jury system. My family and I are devastated by the verdict, but our faith remains unshaken. We still hold hope in God's justice and in the legal system's ability to eventually review my case fairly, without prejudice or bias.

To those who truly know me, I ask you to uphold my name and stand by me during this time. I remain steadfast in my belief that, with God's grace, I will emerge from this trial stronger and with my name cleared. Until then, I continue to put my trust in Him and in the path that lies ahead.



Feb 16

my trust in Him and in the path that lies ahead.

Thank you all for your prayers, support, and unwavering belief in me."

*Mohamed Hassan*



Write a comment...